| United States Bankruptcy Court<br>District of Arizona | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**D&E Dairy Farms, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**45-3647009** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
|---|---|

| Street Address of Debtor (No. and Street, City, and State):<br>**350 East Cornerstone Circle**<br>**Casa Grande, AZ**<br>ZIP Code **85122** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|

| County of Residence or of the Principal Place of Business:<br>**Pinal** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
|---|---|

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ **Corporation (includes LLC and LLP)**<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ **Other** | ☐ Chapter 7<br>☐ Chapter 9<br>☐ **Chapter 11**<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ☐ **Debts are primarily<br>business debts.** |
|---|---|---|

| Filing Fee (Check one box) | Check one box:    **Chapter 11 Debtors** |
|---|---|
| ☐ **Full Filing Fee attached**<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ **Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).**<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ **Debtor estimates that funds will be available for distribution to unsecured creditors.**<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | **50-<br>99** | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | **$1,000,001<br>to $10<br>million** | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | **$10,000,001<br>to $50<br>million** | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**D&E Dairy Farms, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)** |||
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)** |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)        (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **D&E Dairy Farms, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /MMc⌣⊃t⌣
Signature of Attorney for Debtor(s)

**Michael McGrath 6019**
Printed Name of Attorney for Debtor(s)

**Mesch, Clark & Rothschild, P.C.**
Firm Name

**259 N. Meyer Avenue**
**Tucson, AZ 85701-1090**

_____
Address

**(520) 624-8886**
Telephone Number

*IC/24/14*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _DaNow_
Signature of Authorized Individual

**Daniel Nowlin**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

*10/23/14.*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of Arizona

In re  **D&E Dairy Farms, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

We, **Daniel Nowlin and Elaine Nowlin**, declare under penalty of perjury that we are the Members of **D&E Dairy Farms, LLC**, and that the following is a true and correct copy of the resolutions adopted by the membership of said LLC at a special meeting duly called and held on the 23rd day of October, 2014.

"Whereas, it is in the best interest of this LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Daniel Nowlin, a Member** of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the LLC; and

Be It Further Resolved, that **Daniel Nowlin, a Member** of this LLC, is authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case, and

Be It Further Resolved, that **Daniel Nowlin, a Member** of this LLC is authorized and directed to employ **Michael McGrath**, attorney and the law firm of **Mesch, Clark & Rothschild, P.C.** to represent the LLC in such bankruptcy case."

Date   _10/23/14_      Signed _____
                                    DANIEL NOWLIN

Date   _10/23/14_      Signed _____
                                    ELAINE NOWLIN

Resolution of
**D&E Dairy Farms, LLC**

Whereas, it is in the best interest of this LLC to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Daniel Nowlin**, a **Member** of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the LLC; and

Be It Further Resolved, that **Daniel Nowlin**, a **Member** of this LLC, is authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case, and

Be It Further Resolved, that **Daniel Nowlin**, a **Member** of this LLC, is authorized and directed to employ **Michael McGrath**, attorney and the law firm of **Mesch, Clark & Rothschild, P.C.** to represent the LLC in such bankruptcy case.

Date _____10/23/14_____          Signed _____
                                                      DANIEL NOWLIN

Date _____10/23/14_____          Signed _____
                                                      ELAINE NOWLIN

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re __D&E Dairy Farms, LLC__

Debtor(s)

Case No. _____

Chapter __11__

# DECLARATION

I, the Member of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of _7_ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date: _10/23/14_

**Daniel Nowlin/Member**
Signer/Title

Date: _10—24—14_

Signature of Attorney
**Michael McGrath**
**Mesch, Clark & Rothschild, P.C.**
**259 N. Meyer Avenue**
**Tucson, AZ 85701-1090**
**(520) 624-8886**

MML-5

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

D&E Dairy Farms, LLC
Case No.


Jeffrey Jurgenson
Farm Credit Services, SW
3003 South Fair Lane
Tempe, AZ 85282


Fronteras Nuevas
20000 North Ralston Road
Maricopa, AZ 85139


Daniel Nowlin Farms Partnership
350 East Cornerstone Circle
Casa Grande, AZ 85122


Auza and Son Farms
PO Box 10008
Casa Grande, AZ 85130-0008


Western Milling, LLC
29700 West Lower River Road
Buckeye, AZ 85326


Dolores "Dodie" Doolittle
Pinal County Treasurer
PO Box 729
Florence, Arizona 85132-0729


Bar and Farms
Chad Clapp
PO Box 10009
Casa Grande, AZ 85130


Quality Liquid Feeds, Inc
PO Box 240
Dodgeville, WI. 53533


Cow Creek, LLC
13760 West Nicola Street
Casa Grande, AZ 85122

D&E Dairy Farms, LLC
Case No.


Progressive Dairy Solutions Inc.
346 East F Street, Suite B
Oakdale, CA 95361


Marathon Farming Company
PO Box 11248
Casa Grande, AZ 85130-1248


T & K Feeds, Inc.
PO Box 189
Stanfield, AZ 85172-0189


Blueline Rental
3820 East Winslow Avenue
Phoenix, AZ 85040


John Walker
1727 North Hacienda Road
Casa Grande, AZ 85194


Advanced Dairy Systems
1524 North 18th Avenue
Phoenix, AZ 85007


Accelerated Genetics
E10890 Penny Lane
Baraboo, WI 53913-9408


Grasmere Dairy Service & Supply
PO Box 1021
Queen Creek, AZ 85142


Fitzgibbons Law Offices, P.L.C.
1115 E Cottonwood Lane, Ste 150
Casa Grande, AZ 85122-2966

D&E Dairy Farms, LLC
Case No.


Genske, Mulder & Company, LLP
4150 East Concours Street,  #200
Ontario, CA 91764


Environmental Technologies, Inc.
PO Box 27
Selah, WA 98942


Dykstra Machinery
2585 East Queen Creek Road
Gilbert, AZ 85297


Mel's Auto
PO Box 430
Stanfield, AZ 85172


Bingham Equipment Company
1651 South Country Club Drive
Mesa, AZ 85210-6001


Bingham Auto & Truck Parts
1651 South Country Club Drive
Mesa, AZ 85210-6001


Cows On Wheels, LLC
PO Box 1623
Coolidge, AZ 85128


Capital Water Treatment, Inc.
6610 North 57th Drive
Glendale, AZ 85301


W.R. Taylor & Company, LLC
1 Commerce Street, Suite 600
Montgomery, AL 36104

D&E Dairy Farms, LLC
Case No.


Industrial Deve Authority of
Pinal Cty c/o William F. Wilder
One North Central Ave, Ste #1200
Phoenix, AZ 85004-4417


Desert Sun Heating & Cooling
PO Box 12400
Casa Grande, AZ 85130


John White
c/o A. Abraham & E. Fleming
702 E Osborn Rd. Ste 200
Phoenix, AZ  85014


Rob Charles
Lewis Roca & Rothgerber, LLP
One South Church Avenue, Ste 700
Tucson, AZ 85701-1611


Shelton Freeman
Freeman & Huber Law PLLC
6909 E Main Street
Scottsdale, AZ 85251


Stanfield Food Mart
36622 Arizona 84
Stanfield, AZ 85172


James Cross
Cross Business Consulting
Services, L.L.C.
1850 N. Central Ave. Ste. 1150
Phoenix, AZ 85004-4712


S. Cary Forrester
Forrester & Worth, PLLC
3636 N Central Avenue, Suite 700
Phoenix, AZ 85012
Steven M. Cox

D&E Dairy Farms, LLC
Case No.


Waterfall, Economidis, Caldwell
5210 E. Williams Circle, Ste 800
Tucson, Arizona 85711


Becky Johnson Cecil
14189 W Early Road
Casa Grande, AZ 85122


Matthew Phelps
14189 W Early Road
Casa Grande, AZ 85122


Kelly Haddad
6371 S Fresno
Chandler, AZ  85249


Arizona Grain Inc.
PO Box 11188
Casa Grande, AZ 85130


Milky Way Dairy, LLC
20000 N. Ralston Road
Maricopa, AZ 85139


Bar and Farms, LLC Chad Clapp
PO Box 10009
Casa Grande, AZ 85130


Casa Grande Cattle Company LLC
P.O. Box 12730
Casa Grande, AZ  85130


Dakota Financial
11755 Wilshire Blvd., Ste 1670
Los Angeles, CA  90025

D&E Dairy Farms, LLC
Case No.


Tierra Nuevas
20000 North Ralston Road
Maricopa, AZ 85139


John Deere Credit
PO Box 4450
Carol Stream, IL  60197-4450


M&S Equipment
7810 Arizona 87
Coolidge, AZ  85128


Empire CAT
P.O. Box 29879
Phoenix, AZ  85038-9879


Joe and Kristen Seranno


Joe Seranno


Alice Johnson-McKinney


Alice Johnson-McKinney Trust


_____
Joe and Kristen Serrano


Anthony and Lynne Serrano


Linda Johnson


Linda L. Johnson 1995 Trust


Dean Wells

D&E Dairy Farms, LLC
Case No.


Top Hay Co.


QLS