MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: mmcgrath@mcrazlaw.com

By: Michael McGrath, # 6019
    70066-2/mbt

Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| D&E DAIRY FARMS, LLC, | No. 4:14-bk-16069 |
| Debtor. | |
| In re: | No. 4:14-bk-16072 |
| DANIEL NOWLIN FARMS GENERAL PARTNERSHIP, | |
| Debtor. | |
| In re: | No. 4:14-bk-16073 |
| DANIEL NOWLIN and ELAINE NOWLIN, | |
| Debtors. | |

**EXPEDITED MOTION FOR JOINT ADMINISTRATION OF ESTATES AND MOTION TO ASSIGN CASES TO ONE JUDGE**

D&E Dairy Farms, LLC ("**D&E**"), respectfully requests that the Court enter an order, pursuant to Rule 1015-1, *Local Rules of Bankruptcy Procedure*, permitting the joint administration of the bankruptcy cases of Daniel Nowlin Farms General Partnership ("**DNF**"), D&E, and Daniel Nowlin and Elaine Nowlin (collectively, the "**Debtors**") and for the assignment of these cases to one judge. This Motion is supported by the Omnibus Declaration of Daniel Nowlin and the following Memorandum of Points and Authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

## FACTUAL BACKGROUND

1. Daniel Nowlin and Elaine Nowlin live in Casa Grande. They have been in the farming business since 1989 and the dairy business since 1995.

2. D&E owns and operates dairy farms in Casa Grande, Arizona and in Stanfield, Arizona and has approximately 1850 head of dairy cows. D&E employs 32 people, including 30 full-time employees, 1 part-time employee, and 1 contractor. All of the equity of D&E is owned by Daniel Nowlin and Elaine Nowlin and they are the only members of the LLC..

3. DNF owns a 318 acre farm in Willcox, Arizona and leases five others in Pinal County totaling another 2300 acres of farm land. DNF employs approximately 31 employees, including 22 full-time employees and 9 on-call employees who are not presently working at DNF but are prepared to work as needed. All of the equity of DNF is owned by Daniel Nowlin and Elaine Nowlin, and they are the only partners of the general partnership.

## RELIEF REQUESTED

4. The Debtor believes it is in the best interest of all parties and judicial economy and resources that the bankruptcy cases of the related Debtors be overseen by the same judicial officer.

5. The Debtors share common ownership and operations and the issues to be resolved in these cases are substantially related.

6. The cost to Debtors, if these cases are not jointly administered, could be substantial because the creditors would receive duplicate notices and mailings, and the Debtors would be required to file duplicative pleadings in each of the bankruptcy cases.

7. If granted, the jointly administered caption would be:

| In re:<br><br>D&E DAIRY FARMS, LLC,<br><br>                Debtor. | Chapter 11 Proceedings<br>No. 4:14-bk-16069<br>No. 4:14-bk-16072<br>No. 4:14-bk-16073<br>(Jointly Administered) |
|---|---|
| In re:<br><br>DANIEL NOWLIN FARMS GENERAL PARTNERSHIP,<br><br>                Debtor. | |
| In re:<br><br>DANIEL NOWLIN and ELAINE NOWLIN,<br><br>                Debtors. | |

8. The Debtors have provided notice of this *Motion* to the Office of the United States Trustee and other interested parties. The Debtors propose to give notice of entry of an order approving this *Motion* to all creditors listed on the Master Mailing Lists of these bankruptcy estates.

**WHEREFORE**, the Debtor respectfully requests this Court order the joint administration of DNF, D&E and Nowlin under the case of: *In reD&E Dairy Farms, LLC,* Case No.4:14-bk-16069 and order the assignment of these cases to one judge. Further, the Debtor requests the Court enter an order approving this *Motion*. If no objection is filed within fourteen (14) days of the date of notice, the Court's order granting joint

1 administration will become final. If an objection is filed, the Debtor will request a hearing
2 for the Court to consider such objection.

Dated: October 24, 2014.  MESCH, CLARK & ROTHSCHILD, P.C.

By: s/Michael McGrath, #6019
　　　Michael McGrath
　　　Proposed Attorneys for Debtor

21N2345