B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

In re    D & E Dairy Farms, LLC
            Debtor

Case No. 4-14-bk-16069-BMW

Chapter     11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Alice Johnson-McKinney<br>c/o S. Cary Forrester<br>3636 N Central Ave, Ste 700<br>Phoenix, AZ 85012 | (602) 258-2729 | Loans | C, S | 3,000,000.00<br>(estimated) |
| Linda Johnson<br>c/o James Cross<br>1850 N. Central Ave. Ste. 1150<br>Phoenix, AZ 85004-4712 | (520) 745-7806 | Loans | C, S | 1,500,000.00<br>(estimated) |
| John White<br>c/o A. Abraham & E. Fleming<br>702 E Osborn Rd. Ste 200<br>Phoenix, AZ 85014 | (602) 234-9917 | Loans | C, D, S | 1,000,000.00<br>(estimated) |

| Creditor | Phone | Type | Codes | Amount |
|---|---|---|---|---|
| Beau Joseph and Kristin Serrano<br>c/o Shelton Freeman<br>6909 E Main Street<br>Scottsdale, AZ 85251 | (602) 757-4820 | Loans | C, S | Unknown |
| Kelly Haddad<br>6371 S Fresno<br>Chandler, AZ 85249 | | Loans | C, U, S, D | Unknown |
| Matthew Phelps<br>P.O. Box 610<br>San Manuel, AZ 85631 | | Loans | C, U, S, D | Unknown |
| Richard Phelps<br>P.O. Box 610<br>San Manuel, AZ 85631 | | Loans | C, U, S, D | Unknown |
| Atlas Farms, L.L.C.<br>9357 E. Pershing Ave.<br>Scottsdale, AZ 85260 | | Loans | C, U, S, D | Unknown |
| Nicholas S. Lagusis<br>9357 E. Pershing Ave.<br>Scottsdale, AZ 85260 | | Loans | C, U, S, D | Unknown |
| Farm Credit Services, SW<br>Attn Jeffrey Jurgenson<br>3003 South Fair Lane<br>Tempe, AZ 85282 | (602) 438-2515 | Loans | C, D, U, S | Unknown |
| Stanfield Food Mart<br>36622 Arizona 84<br>Stanfield, AZ 85172 | Cal (480) 390-8197 | Trade | | Unknown |
| Fronteras Nuevas<br>20000 N. Ralston Road<br>Maricopa, AZ 85139 | Arie DeJong | Trade | | 635,691.53 |
| Western Milling, LLC<br>29700 W. Lower River Road<br>Buckeye, AZ 85326 | (602) 251-3600<br>(559) 302-1000 | Trade | | 168,440.32 |
| Quality Liquid Feeds, Inc.<br>PO Box 240<br>Dodgeville, WI 53533 | Brent Molldrem (800) 236-2345 | Trade | | 75,865.02 |
| Becky Johnson Cecil<br>PO Box 566<br>Stanfield, AZ 85172 | | Loans | C, S | 75,000.00 (estimated) |
| Cow Creek, LLC<br>13760 W. Nicola Street<br>Casa Grande, AZ 85122 | Gabriel Nicola (520) 560-2382 | Trade | | 29,390.68 |
| Progressive Dairy Solutions, Inc.<br>346 East F Street, Suite B<br>Oakdale, CA 9536 | Lance Whitlock (209) 847-1377 | Trade | | 26,000.00 |

| | | | |
|---|---|---|---|
| Marathon Farming Company<br>PO Box 11248<br>Casa Grande, AZ 85130-1248 | | Trade | 19,439.50 |
| T & K Feeds, Inc<br>PO Box 189<br>Stanfield, AZ 85172-0189 | Tom and Kathy Dugan (480) 895-2922 | Trade | 18,779.84 |
| Blueline Rental<br>3820 E. Winslow Avenue<br>Phoenix, AZ 85040 | Bernadette Bensing (602) 454-7368 | Trade | 14,741.32 |

21N3987