MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: mmcgrath@mcrazlaw.com

By: Michael McGrath, # 6019
     70066-2/mbt

Proposed Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>D&E DAIRY FARMS, LLC,<br><br>          Debtor. | Chapter 11 Proceedings<br><br>No. 4:14-bk-16069-BMW |
| In re:<br><br>DANIEL NOWLIN FARMS PARTNERSHIP,<br><br>          Debtor. | No. 4:14-bk-16072-BMW |
| In re:<br><br>DANIEL NOWLIN AND ELAINE NOWLIN,<br><br>          Debtors. | No. 4:14-bk-16073-BMW |

**ORDER GRANTING MOTION FOR JOINT ADMINISTRATION OF ESTATES**

      Debtors in Possession Daniel Nowlin Farms, LLC, ("**DNF**"), D&E Dairy Farms, LLC ("**D&E**"), and Daniel Nowlin and Elaine Nowlin ("**Nowlin**") (collectively, the "**Debtors**"), in the above captioned Chapter 11 cases, having filed their *Expedited Motion*

*for Joint Administration of Estates and Motion to Transfer Assignment of Cases to One Judge* (the "Motion"); this matter having come on for hearing on October 30, 2014; and good cause appearing;

**IT IS HEREBY ORDERED** that the Debtors' Motion is hereby approved, and the cases will be jointly administered under the initially filed case: *In re D&E Dairy Farms, LLC,* Case No. 4:14-bk-16069. The jointly administered caption shall be:

| In re:<br><br>  D&E DAIRY FARMS, LLC,<br><br>                                   Debtor. | Chapter 11 Proceedings<br><br>No. 4:14-bk-16069-BMW<br>No. 4:14-bk-16072-BMW<br>No. 4:14-bk-16073-BMW<br><br>(Jointly Administered) |
|---|---|
| In re:<br><br>  DANIEL NOWLIN FARMS GENERAL PARTNERSHIP,<br><br>                                   Debtor. | |
| In re:<br><br>  DANIEL NOWLIN and ELAINE NOWLIN,<br><br>                                   Debtors. | |
| This Filing Applies to:<br>    All Debtors<br>    Specified Debtors | |

**IT IS FURTHER ORDERED** that the following pleadings and documents are to be filed in the case to which the pleading or document specifically relates irrespective of this order for joint administration:

  a) Schedules and Statements,

  b) Monthly operating reports,

  c) Any and all employment applications by any professional,

  d) Any and all interim and final fee applications by any professional,

e) Reporting obligations of substantial interests in non-debtors under Federal Rule of Bankruptcy Procedure 2015.3, and

f) Proofs of claim.

**IT IS FURTHER ORDERED** that the Debtors shall provide notice of entry of this Order to all creditors and parties in interest, with an opportunity to object, pursuant to Rule 2002, *Federal Rules of Bankruptcy Procedure.*

**IT IS FURTHER ORDERED** that unless an objection to the entry of this Order is timely filed, this Order approving joint administration shall become final.

**DATED AND SIGNED ABOVE.**

21M1040