MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: mmcgrath@mcrazlaw.com
irothschild@mcrazlaw.com
By: Michael McGrath, # 6019
Isaac D. Rothschild, # 25726
70066-2
Proposed Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>☒ D&E DAIRY FARMS, LLC,<br><br>Debtor. | Chapter 11 Proceedings<br><br>No. 4:14-bk- 16069-BMW<br>No. 4:14-bk- 16072-BMW<br>No. 4:14-bk- 16073-BMW<br><br>(Jointly Administered) |
| In re:<br><br>☒ DANIEL NOWLIN FARMS GENERAL PARTNERSHIP,<br><br>Debtor. | |
| In re:<br><br>☐ DANIEL NOWLIN AND ELAINE NOWLIN,<br><br>Debtors. | |
| This Filing Applies to:<br>☐ All Debtors<br>☒ Specified Debtors | |

**DEBTORS' SUPPLEMENT TO MOTION TO OBTAIN EMERGENCY AND FURTHER POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §364(c) AND 11 U.S.C. §105**

D&E Dairy Farms, LLC ("D&E"), and Daniel Nowlin Farms General Partnership ("DNF") (collectively the "Debtors in possession" or "Debtors"), hereby supplement their *Motion to Obtain Emergency and Furhter Post-Petition Financing Pursuant to 11 U.S.C. §364(c) and 11 U.S.C. §105* (the "Motion"), in reference to the need for DNF to borrow from the milk proceeds of D&E to pay farming expenses.

The Motion requests authority to enter into post-petition financing (1) with Milky Way Dairy, LLC, in an amount up to $100,000 for expenses related to planting DNF's oat crop, (2) with Milky Way Dairy, LLC, in an amount up to $400,000 to cover lease payments due on DNF's leased farmland, and (3) to advance D&E's milk proceeds to DNF to cover working capital expenses. The Motion did not specify the amounts the Debtors anticipate will be needed from the milk proceeds to pay farm expenses.

The Debtors supplement the Motion by requesting authority for DNF to borrow and D&E to lend up to $231,000 from D&E's milk proceeds in November 2014, and up to $149,000 from D&E's milk proceeds in December 2014, to be used in DNF's farming operations. These amounts are subject to change and may be updated at the hearing on the Motion as the budgets for DNF are further refined.

DNF's farming operations involve growing a series of crops on farm land owned or leased by DNF. DNF's revenues are primarily from the sale of harvested crops. The oat crop, which is currently being planted by DNF on approximately 1,000 acres, will be harvested in three or four separate cuts from December 2014 through May 2015, with each harvested cut being valued at approximately $250,000. In addition, DNF has an alfalfa crop with the next harvested cut anticipated in January 2015, and DNF typically plants a corn crop in the spring. Because no crops will be ready for harvest from and after the Petition Date until mid-December 2014, DNF does not currently have revenues or cash on hand sufficient to meet the operating expenses needed to bring crops to harvest.

DNF intends to fully repay the post-petition financing by selling crops it harvests to Milky Way Dairy and to D&E. At the time of harvest the oat crop alone is expected to be valued at an amount more than sufficient to repay the proposed post-petition financing. Accordingly, repayment of the financing is assured by DNF using the financing to plant, grow, and harvest the oat crop, which crop will not only repay the financing but provide additional revenues to DNF.

It is the Debtors' understanding that Farm Credit asserts blanket liens against all assets of D&E and DNF. To the extend Farm Credit holds valid and perfected pre-petition liens on both Debtors' assets, the use of any of Farm Credit's claimed cash collateral in furtherance of DNF's operations would not impair Farm Credit's interests. In fact, prior to the petition date D&E and DNF were operated out of one bank account under the direction and participation of Farm Credit, indicating that Farm Credit concluded that using D&E's funds for DNF's operations and vice versa were in the best interests of the Debtors and of Farm Credit. Nonetheless, to the extent the Court determines that Farm Credit would not otherwise be adequately protected, the Debtors are willing to grant Farm Credit replacement liens in the funds provided from D&E to DNF, and in any product or proceeds therefrom, to the same extent, priority, and enforceability as Farm Credit's pre-petition lien in such funds.

Furthermore, there is significant overlap in the creditor body of D&E and of DNF. Because of this overlap, the Debtors believe there can be no adverse impact on D&E's creditors resulting from the financing of DNF's farm operations.

WHEREFORE, for the reasons set forth in the Motion and this Supplement, the Debtors respectfully request that the Court enter its order granting the Motion and authorizing the Debtors to enter into the post-petition financing identified above and in the Motion.

//

//

| | |
|---|---|
| 1 | DATED: November 5, 2014. |
| 2 | MESCH, CLARK & ROTHSCHILD, P.C. |
| 3 | |
| 4 | By /s/David J. Hindman, #24704 |
| 5 | Michael McGrath<br>David J. Hindman<br>Isaac D. Rothschild |
| 6 | Proposed Attorneys for Debtors |
| 7 | |
| 8 | 21O0785.DOCX |