MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: mmcgrath@mcrazlaw.com
dhindman@mcrazlaw.com

By:   Michael McGrath, # 6019
      David J. Hindman # 24704
      70066-2/

Proposed Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>D&E DAIRY FARMS, LLC,<br><br>                    Debtor. | Chapter 11 Proceedings<br><br>No. 4:14-bk-16069 |
| In re:<br><br>DANIEL NOWLIN FARMS GENERAL PARTNERSHIP,<br><br>                    Debtor. | No. 4:14-bk-16072 |
| In re:<br><br>DANIEL NOWLIN AND ELAINE NOWLIN,<br><br>                    Debtors. | No. 4:14-bk-16073 |

**SECOND DECLARATION OF DANIEL NOWLIN
IN SUPPORT OF MOTION TO OBTAIN EMERGENCY AND POST-PETITION
FINANCING PURSUANT TO 11 U.S.C. §364(c) AND 11 U.S.C. §105**

1    I, Daniel Nowlin, declare, pursuant to 28 U.S.C. §1746, under penalty of perjury that:

2    1.    The statements set forth below are true to the best of my personal knowledge,

3    and I am competent to testify as to the validity of these statements if called to do so.

4    2.    I submitted a declaration in support of the Debtors' *Motion to Obtain*

5    *Emergency and Post-Petition Financing Pursuant to 11 U.S.C. §364(c) and 11 U.S.C. §105*

6    (the "Financing Motion"), which declaration was filed as Exhibit A to the Financing Motion

7    at Docket No. 33. I make this second declaration to support and supplement my prior

8    declaration, the Motion, and the *Debtors' Supplement to Motion to Obtain Emergency and*

9    *Post-Petition Financing Pursuant to 11 U.S.C. §364(c) and 11 U.S.C. §105* ("Supplement")

10   filed at Docket No. 52.

11   3.    Attached hereto as Exhibit A is a detailed Farm budget through the end of

12   2014 for Daniel Nowlin Farms General Partnership ("Farms"). As set forth in the budget,

13   the amount to be advanced by D&E Dairy Farms, LLC ("D&E") to Farms is $378,646.98

14   through the end of December, 2014, and said advances are for the planting, fertilizing,

15   watering and harvesting of an oat crop that has been planted on land leased to Farms. The

16   oat crop will in part be sold to D&E the proceeds of which will be used to repay D&E loan

17   to the farm.

18   4.    The amount to be advanced by Milky Way Dairies, LLC to Farms is in the

19   approximate amount of $100,000, which advances are also for planting, fertilizing, watering

20   and harvesting an oat crop, a portion of which oat crop will be sold to Milky Way in order to

21   repay these advances.

22   5.    The advances by Milky Way are essentially a pre-payment for a portion of the

23   oat crop, which when delivered satisfy the "loan" advances made to Farms.

24   6.    Farms' farming operations involve growing a series of crops on farm land

25   owned or leased by Farms. Farms' revenues are primarily from the sale of harvested crops.

26   The oat crop, which is currently being planted by Farms on approximately 1,000 acres, will

1 be harvested in three or four separate cuts from December 2014 through May 2015, with

2 each harvested cut being valued at approximately $250,000. In addition, Farms has an

3 alfalfa crop with the next harvested cut anticipated in January 2015, and Farms typically

4 plants a corn crop in the spring.

5        7.     The oat crop results in a first cutting in the final week of December with an

6 estimated value of $250,000. A second cutting is expected to be conducted on or about

7 February 1, 2015 and should produce oats valued at approximately $250,000. A third cutting

8 is expected to occur around March 15, 2015, again generating a harvest value of $250,000.

9 A final cutting occurs at the end of April or in early May and produces oats valued at

10 approximately $250,000. The pricing for the oats is "in the field" meaning that the purchaser

11 of the oats is responsible for their harvesting and delivery. Approximately 75% of the oats

12 will be delivered to Milky Way Dairy, with 25% of the crop being provided to D&E.

13        8.     D&E and Farms have historically been operated as a single business. Milk

14 proceeds have been taken from its lockbox by Farm Credit and used to capitalize the

15 business of Farms, with crops harvested from Farms being used to supply the Dairy. This

16 practice has been continued over the years and with the acquiescence and oversight of Farm

17 Credit, because it has been profitable for the joint enterprises of D&E and Farms.

18        9.     There is significant overlap in the creditor body of D&E and of Farms. As a

19 result, the creditors of D&E generally benefit by the success of Farms because in many

20 cases they are also creditors of Farms.

21       10.    There is an immediate need for the funding of the Farms' oat crop, which if

22 not made, will result in irreparable harm in that the Farms' leased fields sitting fallow, crops

23 in the ground will go to waste, and will result in a shortage of critical feed for the D&E

24 cows.

25

26

1     11.    The Milky Way loan to Farms will be amounts needed for rent on the leased

2  properties attached hereto as Exhibit B, which rent is due on those dates set forth on the

3  Exhibit.

4     12.    I have 25 years of experience in the farming business, and have developed a

5  relationship with Milky Way Dairy and its principal. The terms of the proposed financing

6  that Milky Way Dairy has agreed to include repayment over the next six months as the oat

7  crop is harvested, interest accruing on the unpaid principal balance at 5% per annum, with

8  Milky Way Dairy receiving an assignment of the oat crop until fully repaid. These terms are

9  not only reasonable, but are the same terms Farms and Milky Way Dairy agreed to in the

10  past for prior plantings.

11     13.    Farms intends to fully repay the post-petition financing by selling crops it

12  harvests to Milky Way Dairy and to D&E. At the time of harvest the oat crop alone is

13  expected to be valued at an amount more than sufficient to repay the proposed post-petition

14  financing. The oat crop will not only repay the financing but provide additional revenues to

15  Farms.

16     14.    After consultation with the Debtors' professionals and management, and

17  reviewing all budgets and projections, I believe that the proposed financing from Milky

18  Way and from D&E are reasonable under the circumstances, be for reasonable terms, are

19  necessary for the continued operation of DNF, and in the best interests of D&E and DNF.

20     DATED: November 5, 2014

21

22                         s/Daniel Nowlin
                         DANIEL NOWLIN

23

24  2106693.DOCX

25

26

# Exhibit A

## Daniel Nowlin Farms Ptsp
# Preliminary Cash Flow Budget
### October 25th through November 30 2014 & December 2014

| | October 25 - November 30, 2014 | Dec 14 | TOTAL |
|---|---|---|---|
| **Cash Inflows** | | | |
| **Revenues** | | | |
| Customer Advances on Leases | $ - | $ 331,600.00 | $ 303,338.00 |
| Customer Advances (Repayments) on Crops | $ 78,000.00 | $ (175,000.00) | $ (97,000.00) |
| Dairy Advances on Crops | $ 230,583.59 | $ 148,063.39 | $ 378,646.98 |
| Product Sales | $ - | $ 250,000.00 | $ 250,000.00 |
| **Total Cash Inflows** | $ 308,583.59 | $ 554,663.39 | $ 834,984.98 |
| | | | |
| **Cost of Goods Sold** | | | |
| Water | $ 55,000.00 | $ 60,000.00 | $ 115,000.00 |
| Seed Costs | $ 38,000.00 | $ - | $ 38,000.00 |
| **Total COGS** | $ 93,000.00 | $ 60,000.00 | $ 153,000.00 |
| | | | |
| **Gross Profit** | $ 215,583.59 | $ 494,663.39 | $ 681,984.98 |
| | | | |
| **Cash Outflows** | | | |
| **Payroll** | | | |
| **Gross Wages** | | | |
| Hourly Wages | $ 28,175.00 | $ 28,175.00 | $ 56,350.00 |
| Salary | $ 28,994.74 | $ 28,994.74 | $ 57,989.48 |
| **Total Gross Wages** | $ 57,169.74 | $ 57,169.74 | $ 114,339.48 |
| **Payroll Taxes** | | | |
| Social Security | $ 3,544.52 | $ 3,544.52 | $ 7,089.05 |
| Medicare | $ 828.96 | $ 828.96 | $ 1,657.92 |
| Federal Unemployment | $ 201.35 | $ 201.35 | $ 402.70 |
| AZ Job Train. | $ 34.70 | $ 34.70 | $ 69.40 |
| Arizona Unemployment | $ 1,198.05 | $ 1,198.05 | $ 2,396.10 |
| **Total Payroll Taxes** | $ 5,807.59 | $ 5,807.59 | $ 11,615.18 |
| **Total Payroll** | $ 62,977.33 | $ 62,977.33 | $ 125,954.66 |
| | | | |
| Chemicals & Fertilizers | $ 40,000.00 | $ 20,000.00 | $ 60,000.00 |
| Fuel | $ 17,193.14 | $ 12,000.00 | $ 29,193.14 |
| Hauling | $ - | $ 1,200.00 | $ 1,200.00 |
| Supplies | $ 1,500.00 | $ 1,000.00 | $ 2,500.00 |
| Maintenance & Repair | $ 8,000.00 | $ 8,000.00 | $ 16,000.00 |
| Equipment Rental | $ 7,000.00 | $ 7,000.00 | $ 14,000.00 |
| Telephone | $ 1,500.00 | $ 1,500.00 | $ 3,000.00 |
| Utilities | $ 19,271.00 | $ 3,500.00 | $ 22,771.00 |
| **Lease Expense** | | | |

Daniel Nowlin Farms Ptsp
# Preliminary Cash Flow Budget
October 25th through November 30 2014 & December 2014

| | October 25 - November 30, 2014 | Dec 14 | TOTAL |
|---|---|---|---|
| Employee Housing | $ 1,100.00 | $ 1,100.00 | $ 2,200.00 |
| Equipment | $ 6,200.00 | $ 6,200.00 | $ 12,400.00 |
| Land | $ - | $ 331,600.00 | $ 303,338.00 |
| Total Lease Expense | $ 7,300.00 | $ 338,900.00 | $ 317,938.00 |
| Farm Insurance | $ 14,301.52 | $ 9,641.76 | $ 23,943.28 |
| Health Insurance | $ 8,648.60 | $ 4,324.30 | $ 12,972.90 |
| H2A | $ 7,004.00 | $ 7,004.00 | $ 14,008.00 |
| Work Comp Ins | $ 4,982.00 | $ 2,491.00 | $ 7,473.00 |
| Miscellaneous Expense | $ 10,000.00 | $ 10,000.00 | $ 20,000.00 |
| Reorganization Costs | | | |
| Disbursing Agent Fee | $ 2,000.00 | $ 2,000.00 | $ 4,000.00 |
| Adequate Protection Payments - Farm Credit | $ 3,906.00 | $ 3,125.00 | $ 7,031.00 |
| Total Reorganization Costs | $ 5,906.00 | $ 5,125.00 | $ 11,031.00 |
| | | | |
| Total Cash Outflows | $ 215,583.59 | $ 494,663.39 | $ 681,984.98 |
| | | | |
| Net Cash Flow | $ 0.00 | $ 0.00 | $ 0.00 |

# Exhibit B

**EXHIBIT B - Farm Leases**

| Leases | Name | Land Owner | Annual Rent Due Date | Annual Rental Amount | Acreage | Crops |
|---|---|---|---|---|---|---|
| | Langley Stanfield Estates, LLC | Stacey Brimhal | Jan. 31, 2015 | $28,245.00 | 161.40 | Oats, Corn Planted in May |
| | Johnson Stanfield Lease | Alice Johnson-Mckinney | | $28,245.00 | 170.00 | Oats |
| | Carranza Farms Partnership | Angie Carranza | Jan. 1 2015 | $45,000.00 | 300.00 | Corn Plant in May harvest in July |
| | Dawn Rider, LLC | El Dorado Holdings | Dec. 15,2014 | $45,960.00 | 229.80 | 120 acres of Oats 110 Corn in March |
| | Eagle Shadow, LLC | El Dorado Holdings | Dec. 15,2014 | $191,400.00 | 957.00 | 300 acres of Oats, Corn on Balance of Acreage in March |
| | Enterprise 238, LLC | El Dorado Holdings | Dec. 15,2014 | $20,977.50 | 279.70 | No Crop, Used Only For Water Rights |
| | State Lease | State of Arizona | March 20, 2015 | $6,400.00 | 160.00 | 50 Acres of Oats, Plant Corn In May |
| | D & E Dairy Farms, LLC | | | | 55.00 | Oats, Corn planted in May Finaced by D & E |