**Lewis Roca Rothgerber LLP**
One South Church Avenue, Suite 700
Tucson, AZ 85701-1611

Robert M. Charles, Jr. (State Bar No. 7359)
Direct Dial: 520.629.4427
Direct Fax: 520.879.4705
E-mail:     RCharles@LRRlaw.com

Marvin C. Ruth (State Bar No. 024220)
Direct Dial: 602.262.5770
Direct Fax: 602.734.3909
E-mail: mruth@lrrlaw.com

Jeffrey L. Sklar (State Bar No. 026372)
Direct Dial: 520.838.7742
Direct Fax: 520.879.4712
E-mail:     jsklar@lrrlaw.com

Attorneys for Farm Credit Services Southwest

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re:<br><br>☒ D&E Dairy Farms, LLC,<br><br>Debtor. | Chapter 11 Proceedings<br><br>No. 4:14-bk-16069-BMW<br>No. 4:14-bk-16072-BMW<br>No. 4:14-bk-16073-BMW<br><br>(Jointly Administered) |
|---|---|
| In re:<br><br>☒ Daniel Nowlin Farms General Partnership,<br><br>Debtor. | **NOTICE OF LODGING ORDER ON EMERGENCY POST-PETITION FINANCING** |
| In re:<br><br>☐ Daniel Nowlin and Elaine Nowlin,<br><br>Debtors. | |
| This Filing Applies to:<br><br>☐ All Debtors<br>☒ Specified Debtors | |

NOTICE IS HEREBY GIVEN that Farm Credit Services Southwest hereby lodges its proposed Order on Emergency Post-Petition Financing. A true and correct copy of the Order is attached hereto as **Exhibit 1**.

DATED November 7, 2014.

**LEWIS ROCA ROTHGERBER LLP**

By: */s/ Robert M. Charles, Jr.*
Robert M. Charles, Jr.
Marvin C. Ruth
Jeffrey Sklar
Attorneys for Creditor Farm Credit Services Southwest

# CERTIFICATE OF SERVICE

I certify that on this 7th day of November, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Michael McGrath
Isaac D. Rothschild
David J. Hindman
MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, AZ 85701
Email: mmcgrath@mcrazlaw.com
　　　　irothschild@mcrazlaw.com
　　　　dhindman@mcrazlaw.com
*Attorneys for Debtor*

Ilene J. Lashinsky
United States Trustee
Edward K. Bernatavicius
Trial Attorney
District of Arizona
230 N. First Ave., Ste. 204
Phoenix, Arizona 85003-1706
Email: edward.k.bernatavicius@usdoj.gov

S. Cary Forrester
Forrester & Worth, PLLC
3636 North Central Avenue, Suite 700
Phoenix, AZ 85012
Email: scf@forresterandworth.com
*Attorneys for Alice L. Johnson-McKinney and*
*Becky Denise Johnson-Cecil*

Steven M. Cox
Waterfall, Economidis, Caldwell, Hanshaw & Villamana, P.C.
Williams Center, Eighth Floor
5210 East Williams Circle
Tucson, AZ 85711
Email: smcox@wechv.com
*Attorneys for Dennis Nowlin, Jr.*

James E. Cross
Cross Law Firm, P.L.C.
1850 North Central Avenue, Suite 1150
Phoenix, AZ 85004
Email: jcross@crossbcs.com
*Attorneys for Linda Johnson*

| | |
|---|---|
| 1 | Shelton L. Freeman<br>Freeman Huber Law PLLC |
| 2 | 6909 East Main Street<br>Scottsdale, AZ 85251 |
| 3 | Email: tfreeman@fhlawaz.com<br>*Attorneys for Anthony and Lynn Serrano,* |
| 4 | *Beau Joseph and Kristin Serrano* |
| 5 | David A. McCarville<br>Scott R. Weiner |
| 6 | Nussbaum Gillis & Dinner, P.C.<br>14850 North Scottsdale Road, Suite 450 |
| 7 | Scottsdale, AZ 85254<br>Email: dmccarville@ngdlaw.com |
| 8 | sweiner@ngdlaw.com<br>*Attorneys for Toby Farrow Farms and* |
| 9 | *Toby and Erica Farrow* |
| 10 | |
| 11 |   */s/ Renee L. Creswell*<br>Lewis Roca Rothgerber LLP |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LEWIS ROCA ROTHGERBER — One South Church Avenue, Suite 700, Tucson, AZ 85701