MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: mmcgrath@mcrazlaw.com
irothschild@mcrazlaw.com
By: Michael McGrath, # 6019
Isaac D. Rothschild, # 25726
70066-2
Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| In re:<br><br>☒ D&E DAIRY FARMS, LLC,<br><br>Debtor. | Chapter 11 Proceedings<br><br>No. 4:14-bk- 16069-BMW<br>No. 4:14-bk- 16072-BMW<br>No. 4:14-bk- 16073-BMW<br><br>(Jointly Administered) |
|---|---|
| In re:<br><br>☒ DANIEL NOWLIN FARMS GENERAL PARTNERSHIP,<br><br>Debtor. | |
| In re:<br><br>☐ DANIEL NOWLIN AND ELAINE NOWLIN,<br><br>Debtors. | |
| This Filing Applies to:<br>☐ All Debtors<br>☒ Specified Debtors | |

**DEBTORS' RESPONSE TO OBJECTION OF FARM CREDIT SERVICES SOUTHWEST TO PROPOSED INTERIM ORDER GRANTING MOTION TO OBTAIN EMERGENCY AND FURTHER POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §364(c) AND 11 U.S.C. §105**

D&E Dairy Farms, LLC ("D&E"), and Daniel Nowlin Farms General Partnership ("DNF") (collectively the "Debtors in possession" or "Debtors"), hereby responds to the *Objection of Farm Credit Services Southwest to Proposed Interim Order Granting Motion to Obtain Emergency and Further Post-Petition Financing Pursuant to 11 U.S.C. §364(c) and 11 U.S.C. §105* (the "Opposition").

The Opposition seeks to include language in the post-petition financing order that any loans made from D&E to DNF are made as an administrative expense with priority over any and all administrative expenses as provided in 11 U.S.C. §364(c)(1).

The language Farm Credit Services Southwest ("Farm Credit") seeks to add was not the proposal made by either the borrower to the transaction, DNF, nor the lender in the transaction, D&E. The proposal as described in the *Motion to Obtain Emergency and Further Post-Petition Financing Pursuant to 11 U.S.C. §364(c) and 11 U.S.C. §105* (Docket No. 33) and *Debtors' Supplement to Motion to Obtain Emergency and Further Post-Petition Financing Pursuant to 11 U.S.C. §364(c) and 11 U.S.C. §105* (Docket No. 52) is for D&E to lend money to DNF in the same fashion that occurred pre-petition except unlike pre-petition an accurate record of the intercompany transfers will be kept. Additionally, the proposed post-petition financing is between two related companies; insiders are traditionally not entitled to an enhanced administrative priority without clear notice and exceptional circumstances.

Money pre-petition was lent on an unsecured basis in the same priority as other unsecured creditors. The Debtors request that money lent post-petition is on equal footing as any other post-petition or administrative creditors of DNF. This is the manner in which money was transferred between the companies pre-petition, it was the way the proposal for financing was noticed out, and should continue in this manner post-petition.

///

The Debtors request the Court enter the Proposed Order on Emergency Post-Petition Financing lodged by the Debtors at Docket No. 64.

DATED: November 11, 2014.

                                  MESCH, CLARK & ROTHSCHILD, P.C.

                                  By  s/Isaac D. Rothschild, #25726
                                        Michael McGrath
                                        David J. Hindman
                                        Isaac D. Rothschild
                                        Attorneys for Debtors

21P3165