MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: mmcgrath@mcrazlaw.com
irothschild@mcrazlaw.com
By: Michael McGrath, # 6019
Isaac D. Rothschild, # 25726
70066-2/mbt
Proposed Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceedings |
|---|---|
| ☒ D&E DAIRY FARMS, LLC, | No. 4:14-bk-16069-BMW |
| Debtor. | No. 4:14-bk-16072-BMW |
|  | No. 4:14-bk-16073-BMW |
| In re: | (Jointly Administered) |
| ☐ DANIEL NOWLIN FARMS GENERAL PARTNERSHIP, | |
| Debtor. | |
| In re: | |
| ☐ DANIEL NOWLIN AND ELAINE NOWLIN, | |
| Debtors. | |
| This Filing Applies to:<br>☐ All Debtors<br>☒ Specified Debtors | |

**NOTICE OF FILING SCHEDULES D, E, AND F**

**FOR D&E DAIRY FARMS, LLC**

1     D&E Dairy Farms, LLC, through its proposed counsel undersigned, files herewith its
2 Schedules D, E, and F.
3     DATED: November 17, 2014
4
5                                          MESCH, CLARK & ROTHSCHILD, P.C.
6
7                                        By: s/ Michael McGrath #6019
                                              Michael McGrath
8                                        Proposed Attorneys for Debtors
9
10
   Notice of Electronic Filing ("NEF") electronically served
11 on the date of filing upon the registered CM/ECF Users
   herein as evidenced by the NEF.
12
13
   21Q3008
14
15
16
17
18
19
20
21
22
23
24
25
26

B6D (Offical Form 6D) (12/07)

In re  D&E Dairy Farms, LLC,  
              Debtor

Case No.  4:14-bk-16069  
(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and adress of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guradian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code and an Account Number | Codebtor | Husband, Wife, Joint, Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account #<br>Arnold Machinery Company<br>3350 E. Gas Road<br>Tucson, AZ 85714 | ☐ | ☐ | Secured interest in Willmar Wrangler 4550 loader<br>Value $ | ☐ | ☐ | ☐ | $10,307.50 | |
| Account #<br>Auza and Son Farms<br>PO Box 10008<br>Casa Grande, AZ 85130-0008 | ☒ | ☐ | security interest in corn silage supplied by Auza and Son Farms<br>Value $  Unknown | ☒ | ☒ | ☒ | $189,680.25 | |
| Account #<br>Bar and Farms, LLC<br>PO Box 10009<br>Casa Grande, AZ 85130 | ☒ | ☐ | security interest in corn silage supplied by Bar and Farms, LLC<br>Value $ | ☒ | ☒ | ☒ | $67,293.72 | |
| _ continuation sheets attached | | | Subtotal ➔<br>(Total of this page)<br>Total ➔<br>(Use only on last page) | | | | $267,281.47 | |
| | | | | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Offical Form 6D) (12/07)

In re  D&E Dairy Farms, LLC,  
 Debtor

Case No. 4:14-bk-16069  
 (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code and an Account Number | Codebtor | Husband, Wife, Joint, Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account #<br>Bingham Equipment Company<br>1651 South Country Club Drive<br>Mesa, AZ 85210-6001 | ☐ | ☐ | Secured interest in tractor and wagon<br><br>Value $ | ☐ | ☐ | ☐ | $45,000.00 | |
| Account #<br>BlueLine Rental<br>3820 E. Winslow Ave.<br>Phoenix, AZ 85040 | ☐ | ☐ | Secured interest in wheel loader and forklift with attachments<br><br>Value $ | ☐ | ☐ | ☐ | $34,750.91 | |
| Account #<br>Brian Daelick<br>121 W. Crimson Sky Court<br>Casa Grande, AZ 85112 | ☒ | ☐ | Stock pledge by Daniel and Elaine Nowlin<br><br>Value $ | ☐ | ☐ | ☐ | $67,000.00 | |
| Account #<br>Dakota Financial<br>11755 Wilshire Blvd., Suite 1670<br>Los Angeles, CA 90025 | ☒ | ☐ | Secured by interest in Zetor HSX140 Equipment<br><br>Value $ | ☐ | ☐ | ☒ | $49,130.00 | |
| Account #<br>Dean Wells<br>17244 West Peters Road<br>Casa Grande, AZ 85193 | ☒ | ☐ | security interest in corn silage supplied by Dean Wells<br><br>Value $ | ☒ | ☒ | ☒ | $21,787.86 | |
| Account # 9043870101<br>Farm Credit Services Southwest<br>3003 S. Fair Lane<br>Tempe, AZ 85282-3154<br>Customer # 333-001-1700828029 | ☐ | ☐ | <br>Value $ | ☒ | ☒ | ☒ | $453,915.93 | |
| Account # 9031995101<br>Farm Credit Services Southwest<br>3003 S. Fair Lane<br>Tempe, AZ 85282-3154<br>Customer # 333-001-1700828029 | ☐ | ☐ | <br>Value $ | ☒ | ☒ | ☒ | $1,672,535.65 | |

Sheet no. 1 of __ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) →  
(Total(s) of this page) $2,344,120.35

Total(s) →  
(Use only on last page)

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Offical Form 6D) (12/07)

In re  D&E Dairy Farms, LLC,                    Case No.  4:14-bk-16069
        Debtor                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code and an Account Number | Codebtor | Husband, Wife, Joint, Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account # 9040978101<br>Farm Credit Services Southwest<br>3003 S. Fair Lane<br>Tempe, AZ 85282-3154<br>Customer # 333-001-1700828029 | ☐ | ☐ | Value $ | ☒ | ☒ | ☒ | $1,290,897.34 | |
| Account # 9041320101<br>Farm Credit Services Southwest<br>3003 S. Fair Lane<br>Tempe, AZ 85282-3154<br>Customer # 333-001-1700828029 | ☐ | ☐ | Value $ | ☒ | ☒ | ☒ | $96,624.82 | |
| Account # 9045619101<br>Farm Credit Services Southwest<br>3003 S. Fair Lane<br>Tempe, AZ 85282-3154<br>Customer # 333-001-0006542816 | ☐ | ☐ | Value $ | ☒ | ☒ | ☒ | $428,302.94 | |
| Account # 9023119101<br>Farm Credit Services Southwest<br>3003 S. Fair Lane<br>Tempe, AZ 85282-3154<br>Customer # 333-001-0006542816 | ☐ | ☐ | Value $ | ☒ | ☒ | ☒ | $53,725.97 | |
| Account # 9023690101<br>Farm Credit Services Southwest<br>3003 S. Fair Lane<br>Tempe, AZ 85282-3154<br>Customer # 333-001-0006542816 | ☐ | ☐ | Value $ | ☒ | ☒ | ☒ | $1,200,000.00 | |
| Account # 9023690102<br>Farm Credit Services Southwest<br>3003 S. Fair Lane<br>Tempe, AZ 85282-3154<br>Customer # 333-001-0006542816 | ☐ | ☐ | Value $ Unknown | ☒ | ☒ | ☒ | $1,589,644.20 | |
| Account # 9032517101<br>Farm Credit Services Southwest<br>3003 S. Fair Lane<br>Tempe, AZ 85282-3154<br>Customer # 333-001-0006542816 | ☐ | ☐ | Value $ | ☒ | ☒ | ☒ | $2,050,000.00 | |

Sheet no. 2 of __ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ➔ (Total(s) of this page)  $6,709,195.27

Total(s) ➔ (Use only on last page)

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Offical Form 6D) (12/07)

In re **D&E Dairy Farms, LLC,**  Case No. **4:14-bk-16069**
Debtor  (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code and an Account Number | Codebtor | Husband, Wife, Joint, Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account # 3885526101<br>Farm Credit Services Southwest<br>3003 S. Fair Lane<br>Tempe, AZ 85282-3154<br>Customer # 333-001-0006542816 | ☐ | ☐ | Value $ | ☒ | ☒ | ☒ | $2,640,130.97 | |
| Account #<br>Thelma Foreman<br>18998 N. Dallas Smith Lane<br>Maricopa, AZ 85139 | ☐ | ☐ | Secured interest in 2.5 acres in Pinal County<br>Value $ Unknown | ☐ | ☐ | ☐ | $40,000.00 | |
| Account #<br>Fronteras Nuevas, Inc.<br>20000 North Ralston Road<br>Maricopa, AZ 85139 | ☒ | ☐ | security interest in agricultural products<br>Value $ | ☒ | ☒ | ☒ | $1,183,690.51 | |
| Account #<br>Kelly Haddad<br>6371 S Fresno<br>Chandler, AZ 85249-5589 | ☐ | ☐ | Value $ | ☒ | ☒ | ☒ | Unknown | |
| Account #<br>Haddad Farms<br>Attn: Kelly Haddad<br>6371 S Fresno<br>Chandler, AZ 85249-5589 | ☐ | ☐ | Value $ | ☒ | ☒ | ☒ | Unknown | |
| Account #<br>Linda Johnson, Trustee<br>Linda L. Johnson 1995 Trust<br>24819 S. Ribbonwood Drive<br>Sun Lakes, AZ 85248 | ☒ | ☐ | security interest in property located at 10726 N. Ft. Grant Rd. Willcox, AZ 85643<br>Value $ | ☒ | ☒ | ☒ | $280,000.00 | |
| Account #<br>Milky Way Dairy, LLC<br>20000 North Ralston Road<br>Maricopa, AZ 85139 | ☒ | ☐ | security interest in 500 cows<br>Value $ | ☒ | ☒ | ☒ | $249,000.00 | |

Sheet no. 3 of __continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) → (Total(s) of this page) **$4,392,821.48**

Total(s) → (Use only on last page) **$0.00**

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  D&E Dairy Farms, LLC,    Case No. 4:14-bk-16069
                Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code and an Account Number | Codebtor | Husband, Wife, Joint, Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account #<br>Milky Way Dairy, LLC<br>20000 North Ralston Road<br>Maricopa, AZ 85139 | ☒ | ☐ | security interest in agricultural products & growing crops<br><br>Value $ | ☒ | ☒ | ☒ | $637,242.84 | |
| Account #<br>Pinal County Treasurer<br>Dolores "Dodie" Doolittle<br>PO Box 729<br>Florence, AZ 85132-0729 | ☐ | ☐ | <br><br>Value $ | ☒ | ☒ | ☒ | $85,650.68 | |
| Account #<br>Pinal County - IDA<br>c/o William F. Wilder<br>One N. Central Ave., Suite 1200<br>Phoenix, AZ 85003-4417 | ☐ | ☐ | Trustee's annual fee; solid waste disposal revenue bonds, Series 2002<br><br>Value $ | ☐ | ☐ | ☐ | $2,500.00 | |
| Account #<br><br>Anthony & Lynn A. Serrano<br>23695 West Clayton Road<br>Casa Grande, AZ 85293 | ☒ | ☐ | security interest in real property at 2658 Blue Lupine Lane, Pinetop, AZ 85953; all vehicles of D&E Diary Farms & Daniel & Elaine Nowlin; additional security interest in property of Navval Haddad located at 2520 Village Ct., Unit 32, Pinetop, AZ 85935<br><br>Value $ | ☒ | ☒ | ☐ | Unknown | |
| Account #<br>Anthony & Lynn A. Serrano<br>23695 West Clayton Road<br>Casa Grande, AZ 85293 | ☒ | ☐ | Secured interest in dairy cows<br>Value $ | ☒ | ☒ | ☐ | Unkonwn | |
| Account #<br>Joseph Serrano<br>1820 Palmcroft Way NW<br>Phoenix, AZ 85007 | ☒ | ☐ | security interest in property located at 10726 N. Ft. Grant Rd. Willcox, AZ 85643<br>Value $ Unknown | ☒ | ☒ | ☒ | $145,336.64 | |

| Sheet no. 4 of __ continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal(s) →<br>(Total(s) of this page) | $870,730.16 | $0.00 |
|---|---|---|---|
| | Total(s) →<br>(Use only on last page) | $14,584,148.73 | $0.00 |
| | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Offical Form 6E) (04/10)

In re  D&E Dairy Farms, LLC,                                Case No.  4:14-bk-16069
                Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

  Claims for domestick support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

   *Amounts are subject to adjustment on 4/01/013, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Offical Form 6E) (04/10) - Cont.

In re  D&E Dairy Farms, LLC,                    Case No.  4:14-bk-16069
               Debtor                                      (If known)

☐ **Certain farmers and fisherman**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/013, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____ continuation sheets attached

2

B6E (Offical Form 6E) (12/07) - Cont.

In re D&E Dairy Farms, LLC,    Case No. 4:14-bk-16069
       Debtor                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on this Sheet

| Creditor's Name and Mailing Address Including Zip Code and an Account Number | Codebtor | Husband, Wife, Joint, Community | Date Claim was Incurred and Consideration For Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, If Any |
|---|---|---|---|---|---|---|---|---|---|
| Account # <br> Arizona Department of Economic Security <br> PO Box 52027 <br> Phoenix, AZ 85072 | ☐ | ☐ | | ☐ | ☐ | ☐ | $12,723.69 | | |
| Account # <br> Arizona Department of Revenue <br> Bankruptcy Unit <br> PO Box 29070 <br> Phoenix, AZ 85038-9070 | ☐ | ☐ | | ☐ | ☐ | ☐ | $17,044.78 | | |
| Account # <br> Internal Revenue Service <br> Centralized Insolvency Operations <br> PO Box 7346 <br> Philadelphia, PA 19101-7346 | ☐ | ☐ | | ☐ | ☐ | ☐ | $342,380.54 | | |
| Account # | ☐ | ☐ | | ☐ | ☐ | ☐ | | | |

Sheet no. 1 of __ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals → (Totals of this page) $372,149.01   $0.00

Total → (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Totals → (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

In re  D&E Dairy Farms, LLC,                                      Case No.  4:14-bk-16069
              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority agains the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is the creditor, state the child's initials and the name and adress of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guradian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims lsited on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

❏ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address Including Zip Code and an Account Number | Codebtor | Husband, Wife, Joint, Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account # <br><br> Accelerated Genetics <br> E10890 Penny Lane <br> Baraboo, WI 53913-9408 | ❏ | ❏ | | ❏ | ❏ | ❏ | $10,022.07 |
| Account # <br><br> Advanced Dairy Systems <br> 1524 North 18th Avenue <br> Phoenix, AZ 85007 | ❏ | ❏ | | ❏ | ❏ | ❏ | $6,927.73 |
| Account # <br><br> Arizona City Sanitation <br> PO Box 207 <br> Arizona City, AZ 85123 | ❏ | ❏ | | ❏ | ❏ | ❏ | $650.00 |
| __ continuation sheets attached | | | Subtotal ➔ | | | | $17,599.80 |
| | | | Total ➔ <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and | | | | |

In re  D&E Dairy Farms, LLC,                                    Case No.  4:14-bk-16069
              Debtor                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code and an Account Number | Codebtor | Husband, Wife, Joint, Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account #<br>AZ Dept of Weights & Measures<br>4425 West Olive Avenue, Suite 134<br>Glendale, AZ 85302-3844 | ☐ | ☐ | | ☐ | ☐ | ☐ | $288.00 |
| Account #<br>Arizona Grain, Inc.<br>PO Box 11188<br>Casa Grande, AZ 85130-1188 | ☐ | ☐ | | ☐ | ☐ | ☐ | $15,000.00 |
| Account #<br>Azua & Son Farms<br>PO Box 1008<br>Casa Grande, AZ 85130-0008 | ☐ | ☐ | Corn Silage | ☒ | ☒ | ☐ | $189,680.25 |
| Account #<br>Bingham Auto & Truck Parts<br>1651 South Country Club Drive<br>Mesa, AZ 85210-6001 | ☐ | ☐ | | ☐ | ☐ | ☐ | $1,586.11 |
| Account #<br>Bingham Equipment Company<br>1651 South Country Club Drive<br>Mesa, AZ 85210-6001 | ☐ | ☐ | | ☐ | ☐ | ☐ | $1,770.55 |
| Account #<br>Capital Water Treatment, Inc.<br>6610 North 57th Drive<br>Glendale, AZ 85301 | ☐ | ☐ | | ☐ | ☐ | ☐ | $1,440.00 |

Sheet 2 of __ continuation sheets attached                Subtotal →     $209,764.91
to Schedule of Creditors Holding Unsecured
Nonpriority Claims
                                                          Total →
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable,
on the Statistical Summary of Certain Liabilities and
Related Data.)

In re **D&E Dairy Farms, LLC,**  Case No. **4:14-bk-16069**
                Debtor                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code and an Account Number | Codebtor | Husband, Wife, Joint, Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account # <br> Chubb Group Premium Audit Ctr. <br> 2155 W. Pinnacle Peak Rd. #205 <br> Phoenix, AZ 85026 | ☐ | ☐ | | ☐ | ☐ | ☐ | $6,976.00 |
| Account # <br> Cow Creek, LLC <br> 13760 West Nicola Street <br> Casa Grande, AZ 85122 | ☐ | ☐ | | ☐ | ☐ | ☐ | $29,390.68 |
| Account # <br> Cows On Wheels, LLC <br> PO Box 1623 <br> Coolidge, AZ 85128 | ☐ | ☐ | | ☐ | ☐ | ☐ | $1,500.00 |
| Account # <br> Empire CAT <br> PO Box 29879 <br> Phoenix, AZ 85038-9879 | ☒ | ☐ | | ☐ | ☐ | ☒ | $7,000.00 |
| Account # <br> Environmental Technologies, Inc. <br> PO Box 27 <br> Selah, WA 98942 | ☐ | ☐ | | ☐ | ☐ | ☐ | $10,207.00 |
| Account # <br> F & A Cattle Company <br> 34480 West Cudia Way <br> Stanfield, AZ 85172 | ☐ | ☐ | | ☐ | ☐ | ☐ | $1,571.50 |

Sheet __ of __ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal → $56,645.18

Total →
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **D&E Dairy Farms, LLC,**           Case No. **4:14-bk-16069**
       Debtor                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code and an Account Number | Codebtor | Husband, Wife, Joint, Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account #<br>Fitzgibbons Law Offices, PLC<br>1115 East Cottonwood Lane #150<br>Casa Grande, AZ 85122 | ☐ | ☐ | | ☐ | ☐ | ☐ | $3,591.52 |
| Account #<br>Fronteras Nuevas, Inc.<br>20000 N. Ralston Road<br>Maricopa, AZ 85139 | ☐ | ☐ | | ☐ | ☐ | ☒ | $1,183,690.51 |
| Account #<br>Genex Cooperative, Inc.<br>PO Box 469<br>Shawano, WI 54166-0469 | ☐ | ☐ | | ☐ | ☐ | ☐ | $333.62 |
| Account #<br>Genske, Mulder & Company, LLP<br>4150 East Concours Street, #200<br>Ontario, CA 91764 | ☐ | ☐ | | ☐ | ☐ | ☐ | $7,986.16 |
| Account #<br>Grasmere Dairy Service & Supply<br>PO Box 1021<br>Queen Creek, AZ 85142 | ☐ | ☐ | | ☐ | ☐ | ☐ | $6,389.79 |
| Account #<br>The Industrial Development Authority of Pinal County<br>One North Central Ave., Ste #1200<br>Phoenix, AZ 85004-4417 | ☐ | ☐ | | ☐ | ☐ | ☐ | $1,000.00 |

Sheet __ of __ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal →    $1,202,991.60

Total →
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **D&E Dairy Farms, LLC,**            Case No. **4:14-bk-16069**
            Debtor                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code and an Account Number | Codebtor | Husband, Wife, Joint, Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account #<br>Marathon Farming Company<br>PO Box 11248<br>Casa Grande, AZ 85130-1248 | ☐ | ☐ | | ☐ | ☐ | ☐ | $19,439.50 |
| Account #<br>Mel's Auto<br>PO Box 430<br>Stanfield, AZ 85172 | ☐ | ☐ | | ☐ | ☐ | ☐ | $2,373.68 |
| Account #<br>Milky Way Dairy<br>20000 N. Ralston Road<br>Maricopa, AZ 85139 | ☐ | ☐ | | ☐ | ☐ | ☒ | $637,242.84 |
| Account #<br>Napvesco<br>5650 West Linda Lane<br>Chandler Heights, AZ 85226 | ☐ | ☐ | | ☐ | ☐ | ☐ | $6,250.00 |
| Account #<br>Pitney Bowes<br>PO Box 371887<br>Pittsburgh, PA 15250-7887 | ☐ | ☐ | | ☐ | ☐ | ☐ | $157.33 |
| Account #<br>Progressive Dairy Solutions Inc.<br>346 East F Street, Suite B<br>Oakdale, CA 95361 | ☐ | ☐ | | ☐ | ☐ | ☐ | $28,000.00 |

Sheet __ of __ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal →    $693,463.35

Total →
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **D&E Dairy Farms, LLC,**            Case No. **4:14-bk-16069**
        Debtor                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code and an Account Number | Codebtor | Husband, Wife, Joint, Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account #<br>Quality Liquid Feeds, Inc<br>PO Box 240<br>Dodgeville, WI. 53533 | ☐ | ☐ | | ☐ | ☐ | ☐ | $75,865.02 |
| Account #<br>Joseph Serrano<br>1820 Palmcroft Way NW<br>Phoenix, AZ 85007 | ☐ | ☐ | | ☐ | ☐ | ☐ | $6,161.92 |
| Account #<br>Serrano Farms<br>Attn: Athony Serrano<br>23695 West Clayton Road<br>Casa Grande, AZ 85293 | ☒ | ☐ | | ☐ | ☐ | ☐ | $44,958.93 |
| Account #<br>Anthony & Lynn Serrano<br>23695 W. Clayton Road<br>Casa Grande, AZ 85193-9502 | ☐ | ☐ | | ☒ | ☒ | ☒ | $80,000.00 |
| Account #<br>Beau Joseph & Kristin Serrano<br>1820 Palmcroft Way NW<br>Phoenix, AZ 85007-1742 | ☐ | ☐ | Dairy Cow Lease | ☐ | ☐ | ☒ | Unknown |
| Account #<br>Stanfield Food Mart<br>36622 Arizona 84<br>Stanfield, Arizona 85172 | ☐ | ☐ | | ☐ | ☐ | ☒ | $66,675.00 |

Sheet __ of __ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                    Subtotal →     $273,660.87

Total →
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  D&E Dairy Farms, LLC,                                    Case No.  4:14-bk-16069
        Debtor                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code and an Account Number | Codebtor | Husband, Wife, Joint, Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account # <br> T & K Feeds, Inc. <br> PO Box 189 <br> Stanfield, AZ 85172-0189 | ☐ | ☐ | | ☐ | ☐ | ☒ | $18,779.84 |
| Account # <br> The Udder Tester, LLC <br> PO Box 9665 <br> Chandler Heights, AZ 85227 | ☐ | ☐ | | ☐ | ☐ | ☐ | $2,346.21 |
| Account # <br> John Walker <br> 1727 North Hacienda Road <br> Casa Grande, AZ 85194 | ☐ | ☐ | | ☐ | ☐ | ☒ | $9,341.50 |
| Account # <br> Western States Petroleum, Inc. <br> 450 South 15th Avenue <br> Phoenix, AZ 85007 | ☐ | ☐ | | ☐ | ☐ | ☐ | $241.34 |
| Account # <br> Dykstra Machinery <br> 2585 East Queen Creek Road <br> Gilbert, AZ 85297 | ☒ | ☐ | | ☒ | ☒ | ☒ | $24,709.72 |
| Account # <br> Atlas Farms <br> 9357 East Pershing Ave. <br> Scottsdale, AZ 85260 | ☒ | ☐ | | ☒ | ☒ | ☒ | Unknown |

Sheet __ of __ continuation sheets attached                    Subtotal ➔     $55,418.61
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                             Total ➔
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable,
on the Statistical Summary of Certain Liabilities and
Related Data.)

In re  D&E Dairy Farms, LLC,           Case No.  4:14-bk-16069
                 Debtor                                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code and an Account Number | Codebtor | Husband, Wife, Joint, Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so state. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account # <br> Mathew Phelps Farms <br> 14189 West Earley Road <br> Casa Grande, AZ 85122 | ☒ | ☐ | | ☒ | ☒ | ☒ | Unknown |
| Account # <br> Richard Phelps Farms <br> 14189 West Earley Road <br> Casa Grande, AZ 85122 | ☒ | ☐ | | ☒ | ☒ | ☒ | Unknown |
| Account # <br> Nick Farms <br> 350 E. Cornerston Circle <br> Casa Grande, AZ 85122 | ☒ | ☐ | | ☒ | ☒ | ☒ | Unknown |
| Account # <br> Haddad Farms <br> 350 E. Cornerston Circle <br> Casa Grande, AZ 85122 | ☒ | ☐ | | ☒ | ☒ | ☒ | Unknown |
| Account # | ☐ | ☐ | | ☐ | ☐ | ☐ | |
| Account # | ☐ | ☐ | | ☐ | ☐ | ☐ | |

Sheet __ of __ continuation sheets attached          Subtotal →          $0.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims          Total →
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable,
on the Statistical Summary of Certain Liabilities and
Related Data.)          $2,509,544.32