# United States Bankruptcy Court
## District of Arizona

In re: D&E Dairy Farms, LLC  
Debtor

Case No. 4:14-bk-16069-BMW  
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Daniel Nowlin<br>350 East Cornerstone Circle<br>Casa Grande, AZ 85122 | | | Member |
| Elaine Nowlin<br>350 East Cornerstone Circle<br>Casa Grande, AZ 85122 | | | Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: 11/24/14

Signature: [signed]  
Daniel Nowlin  
Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

0 continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy