B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
District of Arizona

In re  D&E Dairy Farms, LLC
_____,
  *Debtor*

Case No. 4:14-bk-16069-BMW

Chapter  11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 4,135,000.00 | | |
| B - Personal Property | Yes | 9 | $ 6,352,896.43 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | No | 5 | | $ 14,584,148.73 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 3 | | $ 372,149.01 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | 8 | | $ 2,509,544.32 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $ |
| J - Current Expenditures of Individual Debtors(s) | No | 0 | | | $ |
| TOTAL | | 28 | $ 10,487,896.4( | $ 17,465,842.06 | |

In re   **D&E Dairy Farms, LLC**                                              Case No. __4:14-bk-16069-BMW__
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | - | | - | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo #8853 (Payroll) | - | 0.00 |
| | | Wells Fargo #8861 (Silage) | - | 0.00 |
| | | Wells Fargo #2992 (Operating) | - | 116.43 |
| | | Wells Fargo #3008 (Tax) | - | 0.00 |
| | | Wells Fargo #2984 (UDA) | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     116.43
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

In re  **D&E Dairy Farms, LLC**  Case No. __4:14-bk-16069-BMW__
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | UDA | - | 600,000.00 |
| | | Farm Credit Services Southwest | - | 1,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Farm Credit Services Southwest, Agricultural Credit Association; Steven Reiley; and John and Jane Does 1-100; XYZ Companies (Pinal County Superior Court civil action) | - | Unknown |

Sub-Total >   **601,000.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

In re    **D&E Dairy Farms, LLC**            Case No. **4:14-bk-16069-BMW**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Milk Base, 24,439 pounds at $20 per pound | - | 488,780.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See attachment. (Value included in question 33 below.) | - | Unknown |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See attachment. Approximate value. | - | 5,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attachment | - | 460,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | See attachment | - | 3,100,000.00 |
| 32. Crops - growing or harvested. Give particulars. | | Crops | - | 13,000.00 |
| 33. Farming equipment and implements. | | See attachment, includes D&E Dairy and Daniel Nowlin Farms | - | 460,000.00 |
| 34. Farm supplies, chemicals, and feed. | | See attachment. | - | 1,225,000.00 |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sheet **2** of **2** continuation sheets attached
to the Schedule of Personal Property

Sub-Total >     5,751,780.00
(Total of this page)

Total >     6,352,896.43
(Report also on Summary of Schedules)

Schedule B Personal Property
LINE 25 Automobiles, Trucks, Trailers

Case No. 4:14-bk-16069

| Type of Property | Description and Location of Property | |
|---|---|---|
| Automobiles, trucks, trailers, and other vehicles and accessories. | | |
| | Truck - 1986 International S1700 Water truck | Casa Grande |
| | 1980 S&H Gooseneck trailer | Casa Grande |
| | Truck - 2000 International 8100 | Stanfield |
| | Truck - 2008 Dodge 1500 4WD Big Horn | Stanfield |
| | Truck - 2006 Ford F250 XL Super Duty | Stanfield |
| | ATV - 2006 Honda Rancher 4x2 | Stanfield |
| | ATV - 2009 Kubota 4x4 RTV900 | Stanfield |
| | 2006 Utility Trailer | Stanfield |
| | Parcel# T08-00-74701 (mobile home for workers); PALM HARBOR 28FT X 40FT SER# PH196205A-B YEAR 2007 2976 S ANDERSON RD | |
| | Parcel# T99-33-40601 (mobile home for workers); ROSEWOOD 12FT X 48FT SER# R24361248 YEAR 1993 2087 S PEART RD 1 ARIZOLA TWS BLK 29 | Casa Grande |
| | Parcel# T08-00-74501 (mobile home for workers); PALM HARBOR 28FT X 40FT SER# PH196204A-B YEAR 2007 3210 S ANDERSON RD | |
| | Parcel# T01-00-19301 (mobile home for workers); CAVCO 32FT X 40FT SER# CAVAZLP0010754U-X YEAR 2000 11429 W EARLEY RD 1 ARIZOLA TWS BLK 29 | Casa Grande |
| | Parcel# T06-00-26501 (mobile home for workers); PBS 24FT X 60FT SER# SPEP8009067L-8R YEAR 1980 14189 W EARLY RD | Casa Grande |

LINE 25

**Billing/Member:** D & E Dairy Farms--Casa Grande/Joharra Dairy    Loan # _____
**Location of Equip.:** Casa Grande, Arizona.

**Dated:** 8/27/14    **Inspector Signature:** Vince Kieffer

| TYPE/KIND | MAKER | MODEL | SERIAL NO. | YEAR |
|---|---|---|---|---|
| Box Scrapers (2) | | 10' Tongue Pull Hyd Wheels | None Found | |
| Generator | Caterpillar | DF-3300K Mounted 2 axle trailer | 3772161 | 2006 |
| Manure Spreader | Hagedorn | 2000 Hydra Spread Dual Axle No Beater Bar | None Found | |
| Mixer Wagon | Supreme | 900T PTO W/ Elec. Scales Single Axle | 90212 | 2005 |
| Tractor | M F | 253 2wd Rops Push tractor | E11248 | 1996 |
| Tractor | Zetor | Proxima 140 MFWD ROPS Shop at Dykstra Equip | None Found | |
| Tractor | N H | T6070 2wd Cab/Air | Z9BD06514 | 2010 |
| Tractor | N H | T5060 MFWD ROPS | Z8JH05199 | 2008 |
| Tractor | N H | TB120 MFWD Front End Out *Value If Repaired* | None Found | 2008 |
| Water Truck | International | S1700 Water Truck 2000 Gal Steel tank | None Found | 1986 |

# LINE 25

Billing/Member: D & E Dairy Farms, LLC.     Loan # _____
Location of Equip.: Stanfield, Az.

Dated: 8/27/14     Inspector Signature: Max Mc Euen

| TYPE/KIND | MAKER | MODEL | SERIAL NO. | YEAR |
|---|---|---|---|---|
| Tractor | New Holland | T5060 MFWG Rops | ZAJH05194 | 2010 |
| Tractor | New Holland | T2210 Rops | ZDA05006 | |
| Tractor | New Holland | T7040 MFWD C/A 6000 hrs | None Found | |
| Tractor | Zetor | Proxima 80 W/TL120 loader C/A | 3254 | |
| Tractor | John Deere | 6415 MFWD No Rops | D532267 | |
| Feed Mixer | Supreme | 900T W/Electric Scales | 190322 | |
| Manure Spreader | Hagedorn | Hydra-spread 2000 Tandem axle | None Found | |
| Utility Trailer | | Pull Behind | None Found | |
| | | NOT ON LIST BUT AT DAIRY | | |
| Angle Blade | Land Pride | | RB1684 | |
| 2- Drag Scrapers | | 10' Hydralic | None Found | |
| Silage Trailer | H & S | MDCHS415 $ Wheel Pull Behind | 802412 | |
| Bed harrow | Shop Made | | None Found | |
| Tractor | Massey Ferguson | 593 MFWD Rops | BR31053 | 2006 |
| Tractor | Massey Ferguson | 593 MFWD Rops | Br31052 | 2006 |
| | | TRUCKS ON LIST AND AT DAIRY | | |
| Semi-truck | International | 8100 | | 2000 |
| Truck | Dodge | 1500 Big Horn 4WD | | 2008 |
| Truck | Ford | F250 XL Super Duty | | 2006 |
| | | RENTAL- VOLVO RENTS ELOY,Az. | | |
| Wheel Loader | Volvo | D3 | | |

Schedule B Personal Property
Line 28 - Office Equipment, Furnishings and Supplies

| Type of Property | Description | Location of Property |
|---|---|---|
| Office Equipment, Furnishings and Supplies | 2 Desks | Casa Grande, Accounting Office |
| Office Equipment, Furnishings and Supplies | 1 Apple Computer | Casa Grande, Accounting Office |
| Office Equipment, Furnishings and Supplies | 1 HP Scanner, Copier, Printer | Casa Grande, Accounting Office |
| Office Equipment, Furnishings and Supplies | 1 Book Shelf | Casa Grande, Accounting Office |
| Office Equipment, Furnishings and Supplies | 3 Metal File Cabinets | Casa Grande, Accounting Office |
| Office Equipment, Furnishings and Supplies | 2 Plastic File Cabinets | Casa Grande, Accounting Office |
| Office Equipment, Furnishings and Supplies | 1 Adding Machine | Casa Grande, Accounting Office |
| Office Equipment, Furnishings and Supplies | 1 Postage Meter (Leased) | Casa Grande, Accounting Office |
| Office Equipment, Furnishings and Supplies | 5 Reems Copy Paper | Casa Grande, Accounting Office |
| Office Equipment, Furnishings and Supplies | Approx 900 Envelopes | Casa Grande, Accounting Office |
| Office Equipment, Furnishings and Supplies | 1 Box File Folders | Casa Grande, Accounting Office |
| Office Equipment, Furnishings and Supplies | 9 Bankers Boxes | Casa Grande, Accounting Office |
| Office Equipment, Furnishings and Supplies | 1 Microwave | Casa Grande, Accounting Office |
| Office Equipment, Furnishings and Supplies | 4 Office Chairs | Casa Grande, Accounting Office |
| Office Equipment, Furnishings and Supplies | 4 Rolls Adding Machine Paper | Casa Grande, Accounting Office |
| Office Equipment, Furnishings and Supplies | 5 Desks | Casa Grande, Mgmt Office |
| Office Equipment, Furnishings and Supplies | 3 Office Chairs | Casa Grande, Mgmt Office |
| Office Equipment, Furnishings and Supplies | 2 Couches | Casa Grande, Mgmt Office |
| Office Equipment, Furnishings and Supplies | Pub Table w 2 chairs | Casa Grande, Mgmt Office |
| Office Equipment, Furnishings and Supplies | Coffee table | Casa Grande, Mgmt Office |
| Office Equipment, Furnishings and Supplies | Massage Chair | Casa Grande, Mgmt Office |
| Office Equipment, Furnishings and Supplies | Refrigerator | Casa Grande, Mgmt Office |
| Office Equipment, Furnishings and Supplies | Microwave | Casa Grande, Mgmt Office |
| Office Equipment, Furnishings and Supplies | Stove/Oven | Casa Grande, Mgmt Office |
| Office Equipment, Furnishings and Supplies | Freezer | Casa Grande, Mgmt Office |
| Office Equipment, Furnishings and Supplies | Bar | Casa Grande, Mgmt Office |
| Office Equipment, Furnishings and Supplies | Console Table | Casa Grande, Mgmt Office |
| Office Equipment, Furnishings and Supplies | 7 Bar Stools | Casa Grande, Mgmt Office |
| Office Equipment, Furnishings and Supplies | 36 Inch Flat Screen TV | Casa Grande, Mgmt Office |
| Office Equipment, Furnishings and Supplies | 2 Book Cases | Casa Grande, Mgmt Office |
| Office Equipment, Furnishings and Supplies | 1 Shredder | Casa Grande, Mgmt Office |
| Office Equipment, Furnishings and Supplies | DELL VOSTRO PC | Casa Grande, Office in Plant |
| Office Equipment, Furnishings and Supplies | BROTHER HL-5340D PRINTER | Casa Grande, Office in Plant |
| Office Equipment, Furnishings and Supplies | CANON D880 PRINTER/FAX/SCANNER | Casa Grande, Office in Plant |

Schedule B Personal Property
Line 31 - Animals

| Type of Property | Description | Location of Property |
|---|---|---|
| Animals | 709 Milk Cows | Casa Grande Location |
| Animals | 120 Dry Cows | Casa Grande Location |
| Animals | 21 Holstein Stock Bulls | Casa Grande Location |
| Animals | 8 Angus Stock Bulls | Casa Grande Location |
| Animals | 1 Springer | Casa Grande Location |
| Animals | 1095 Milk Cows | Stanfield Location |
| Animals | 135 Dry Cows | Stanfield Location |
| Animals | 23 Stock Bulls | Stanfield Location |

Schedule B Personal Property
Line 33 - Farming Equipment & Implements

| Type of Property | Description | Location of Property |
|---|---|---|
| Farming Equipment & Implements | DOUBLE 14 RAPID EXIT PARRALEL PARLOR - 28 stalls | Casa Grande, Parlor |
| Farming Equipment & Implements | DOUBLE 14 RAPID EXIT PARRALEL PARLOR - 28 pulsators | Casa Grande, Parlor |
| Farming Equipment & Implements | DOUBLE 14 RAPID EXIT PARRALEL PARLOR - 28 clusters | Casa Grande, Parlor |
| Farming Equipment & Implements | SINGLE RECEIVER JAR | Casa Grande, Parlor |
| Farming Equipment & Implements | 1.5 HP MILK PUMP | Casa Grande, Parlor |
| Farming Equipment & Implements | 21 BOX FANS WITH MISTERS | Casa Grande, Parlor |
| Farming Equipment & Implements | 1.5 HP MIST PUMP | Casa Grande, Parlor |
| Farming Equipment & Implements | 2 X 500 GAL CHEMICAL TANKS WITH AIR OPERATED PUMPS | Casa Grande, Parlor |
| Farming Equipment & Implements | 2500 GAL WATER STORAGE TANK | Casa Grande, Parlor |
| Farming Equipment & Implements | 3600 GAL PRESSURE TANK WITH COMPRESSOR & 0.5 HP MOTOR | Casa Grande, Parlor |
| Farming Equipment & Implements | 2 X 15HP WATER PUMPS FOR PRESSURE TANK & COW WASH PEN | Casa Grande, Parlor |
| Farming Equipment & Implements | 6000 GAL DIRECT EXPANSION BULK MILK TANK | Casa Grande, Tank Room |
| Farming Equipment & Implements | 750 GAL BULK MILK TANK (NO COOLING) | Casa Grande, Tank Room |
| Farming Equipment & Implements | 7.5 HP MILK TRANSFER PUMP | Casa Grande, Tank Room |
| Farming Equipment & Implements | COOLING TOWER WITH 5HP MOTOR | Casa Grande, Tank Room |
| Farming Equipment & Implements | 5 TANK CHILLERS | Casa Grande, Tank Room |
| Farming Equipment & Implements | AOBUSCH VACUUM PUMP WITH EMERSON 20HP MOTOR | Casa Grande, Engine/Vac Pump Rm |
| Farming Equipment & Implements | DARI-KOOL MILK LINE CHILLERS(2) WITH 1.5HP MOTOR | Casa Grande, Engine/Vac Pump Rm |
| Farming Equipment & Implements | DUR-O-LINE AIR COMPRESSOR WITH 5HP MOTOR | Casa Grande, Engine/Vac Pump Rm |
| Farming Equipment & Implements | UNIVERSAL BOILER/WATER HEATER | Casa Grande, Engine/Vac Pump Rm |
| Farming Equipment & Implements | THERMA-STORE HOT WATER TANK | Casa Grande, Engine/Vac Pump Rm |
| Farming Equipment & Implements | 80 SQ. FT COLD STORE | Casa Grande, Hospital |
| Farming Equipment & Implements | TINDENBERG ROLL-OVER CATTLE CRUSH/CHUTE WITH 5HP MOTOR | Casa Grande, Hospital |
| Farming Equipment & Implements | 40 GAL GE WATER HEATER | Casa Grande, Hospital |
| Farming Equipment & Implements | 20 GAL MILK PASTEURIZER | Casa Grande, Hospital |
| Farming Equipment & Implements | 20HP LONG BORE SUBMERSIBLE WELL PUMP | Casa Grande, Well |
| Farming Equipment & Implements | PULSATRON ELECTRONIC CHLORINE PUMP | Casa Grande, Well |
| Farming Equipment & Implements | 100 GAL PRESSURE TANK WITH COMPRESSOR & 0.5HP MOTOR | Casa Grande, Well |
| Farming Equipment & Implements | 7.5HP PUMP | Casa Grande, Well |
| Farming Equipment & Implements | 15,000 GAL WATER STORAGE TANK | Casa Grande, Well |
| Farming Equipment & Implements | MILLER BOBCAT 250 WELDER/GENERATOR | Casa Grande, Shop/Feed Store |
| Farming Equipment & Implements | SAYLOR-BEAU AIR COMPRESSOR WITH 5HP MOTOR | Casa Grande, Shop/Feed Store |
| Farming Equipment & Implements | 10, 000 GAL WATER TANK (GRAVITY FEED) | Casa Grande, Shop/Feed Store |
| Farming Equipment & Implements | 8, 000 GAL MOLASSES TANK WITH PUMP & 3HP MOTOR | Casa Grande, Shop/Feed Store |
| Farming Equipment & Implements | 1, 000 GAL DIESEL TANK (GRAVITY FEED) | Casa Grande, Shop/Feed Store |
| Farming Equipment & Implements | 52 SHADE TRACKER OSCILLATING FANS | Casa Grande, Corrals - Pens 1-4 |
| Farming Equipment & Implements | 4 MIST PUMPS & 4 (5HP) MOTORS | Casa Grande, Corrals - Pens 1-4 |
| Farming Equipment & Implements | 40 BOX FANS | Casa Grande, Corrals - Pen 8 |
| Farming Equipment & Implements | 2 MIST PUMPS WITH 2 (1.5HP) MOTORS | Casa Grande, Corrals - Pen 8 |
| Farming Equipment & Implements | 28 BOX FANS | Casa Grande, Corrals - Pen 5 |
| Farming Equipment & Implements | 1 MIST PUMP & 1 (1.5HP) MOTOR | Casa Grande, Corrals - Pen 5 |
| Farming Equipment & Implements | 26 BOX FANS | Casa Grande, Corrals - Pen 6 |
| Farming Equipment & Implements | 1 MIST PUMP & 1(1.5HP) MOTOR | Casa Grande, Corrals - Pen 6 |
| Farming Equipment & Implements | 26 BOX FANS | Casa Grande, Corrals - Pen 7 |
| Farming Equipment & Implements | 1 MIST PUMP & 1 (1.5HP) MOTOR | Casa Grande, Corrals - Pen 7 |
| Farming Equipment & Implements | 14 BOX FANS | Casa Grande, Corrals - Pen 12 |
| Farming Equipment & Implements | 1 MIST PUMP & 1 (1.5HP) MOTOR | Casa Grande, Corrals - Pen 12 |
| Farming Equipment & Implements | 14 BOX FANS | Casa Grande, Corrals - Pen 13 |
| Farming Equipment & Implements | 1 MIST PUMP & 1 (1.5HP) MOTOR | Casa Grande, Corrals - Pen 13 |
| Farming Equipment & Implements | Tractor - 2010 New Holland T6070 2WD | Casa Grande |
| Farming Equipment & Implements | Tractor - 2014 Zetor Proxima 140 HSX 4WD | Casa Grande |
| Farming Equipment & Implements | Tractor - 2014 Zetor Proxima 90 4WD | Casa Grande |
| Farming Equipment & Implements | Tractor - 2010 New Holland T5060 4WD | Casa Grande |
| Farming Equipment & Implements | Tractor - 2008 New Holland TB0120 4WD | Casa Grande |
| Farming Equipment & Implements | Tractor - 1990 Massey Ferguson 253 2WD | Casa Grande |
| Farming Equipment & Implements | Tractor - Kubota | Casa Grande |
| Farming Equipment & Implements | Loader - Genie GTH-842 | Casa Grande |
| Farming Equipment & Implements | 2000 Hagedorn Hydra-Spread | Casa Grande |
| Farming Equipment & Implements | 2012 Supreme 900T | Casa Grande |
| Farming Equipment & Implements | 2006 Caterpilolar 300 Generator | Casa Grande |
| Farming Equipment & Implements | 2012 Land Pride Hydraulic Scraper | Casa Grande |
| Farming Equipment & Implements | 2010 Tindenberg Hydraulic Scraper | Casa Grande |
| Farming Equipment & Implements | 2013 GEA Floating Lagoon Pump (30HP) | Casa Grande |
| Farming Equipment & Implements | | Stanfield |
| Farming Equipment & Implements | Tractor - 2006 John Deere 6410 4WD | Stanfield |
| Farming Equipment & Implements | Tractor - 2010 New HollandT 2210 2WD | Stanfield |
| Farming Equipment & Implements | Tractor - 2011 New Holland T7040 4WD | Stanfield |
| Farming Equipment & Implements | Volvo D3 Wheel Loader | Stanfield |
| Farming Equipment & Implements | 2000 Hagedorn Hydra-Spread | Stanfield |
| Farming Equipment & Implements | 2012 Supreme 900T | Stanfield |
| Farming Equipment & Implements | 2014 Land Pride Hydraulic Scraper | Stanfield |
| Farming Equipment & Implements | Parcel# B01-80-00801 (land on Early Rd.); 14189 EARLEY RD CASA GRANDE 7600-AG MACH/EQ-FARM/RANCH | |

**Schedule B Personal Property**
**Line 34 - Farm supplies, chemicals & feed**

| Type of Property | Description | Location of Property |
|---|---|---|
| Farm supplies, chemicals & feed | Straw - 79 tons | Casa Grande Location |
| Farm supplies, chemicals & feed | Alfalfa Hay - 135 tons | Casa Grande Location |
| Farm supplies, chemicals & feed | Corn Silage - 6600 tons | Casa Grande Location |
| Farm supplies, chemicals & feed | Cottonseed (Delinted) - 30 tons | Casa Grande Location |
| Farm supplies, chemicals & feed | Canola Pellets - 23 tons | Casa Grande Location |
| Farm supplies, chemicals & feed | Dry Distillers Grain - 13 tons | Casa Grande Location |
| Farm supplies, chemicals & feed | Flaked Corn - 30 tons | Casa Grande Location |
| Farm supplies, chemicals & feed | High Mineral Supplement - 4 tons | Casa Grande Location |
| Farm supplies, chemicals & feed | Dry Cow Mineral Supplement - 1.2 tons | Casa Grande Location |
| Farm supplies, chemicals & feed | Close Up Mineral Supplement - 1 ton | Casa Grande Location |
| Farm supplies, chemicals & feed | Energy 2 Fat Supplement - 1 ton | Casa Grande Location |
| Farm supplies, chemicals & feed | Molasses - 3 tons | Casa Grande Location |
| Farm supplies, chemicals & feed | Straw - 160 tons | Stanfield Location |
| Farm supplies, chemicals & feed | Milk Cow Hay - 56 tons | Stanfield Location |
| Farm supplies, chemicals & feed | Corn Silage - 11250 tons | Stanfield Location |
| Farm supplies, chemicals & feed | Cottonseed (Delinted) - 11 tons | Stanfield Location |
| Farm supplies, chemicals & feed | Canola Pellets - 20 tons | Stanfield Location |
| Farm supplies, chemicals & feed | DDG - 7 tons | Stanfield Location |
| Farm supplies, chemicals & feed | Flaked Corn - 30 tons | Stanfield Location |
| Farm supplies, chemicals & feed | High Mineral Supplement - 4 tons | Stanfield Location |
| Farm supplies, chemicals & feed | Dry Cow Mineral Supplement - 3.5 tons | Stanfield Location |
| Farm supplies, chemicals & feed | Close Up Mineral Supplement - .6 ton | Stanfield Location |
| Farm supplies, chemicals & feed | Energy 2 Fat Supplement - 2 tons | Stanfield Location |
| Farm supplies, chemicals & feed | Molasses - 7 tons | Stanfield Location |

In re **D & E Dairy Farms, LLC,**  Case No. __4:14-bk-16069__
              Debtor                                                            (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
    State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.
    Provide the names and complete mailing addresses of all other parties to each lease or contract described.
    NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Milky Way Dairy, LLC<br>20000 North Ralston Road<br>Maricopa, AZ 85139 | Cows - 300 at $1600 head; 200 at $1750 head |
| Dakota Financial<br>10100 Santa Monica Blvd.<br>Los Angeles, CA 90067 | Lease – Tractor, 2014 Zetor Proxima 140 HSX 4WD; Tractor, 2014 Zetor Proxima 90 4WD:, Tractor - 2013 Zetor Proxima 80 4WD |
| AGCO Finance LLC<br>P O Box 9263<br>Des Moines IA 50306-9263 | Lease – Tractor, Kabota; 2012 Supreme 900T |
| CNH Capital<br>PO Box 68892<br>Des Moines, IA 50368-8912 | Lease – Tractor, 2010 New Holland T5060 4WD |
| Bingham Equipment<br>1651 S. Country Club Drive<br>Mesa, AZ 85210-6001 | Lease – Tractor, 2008 New Holland TB0120 4WD; Tractor - 2010 New HollandT 2210 2WD; Tractor - 2011 New Holland T7040 4WD |
| Sunshine Heifers, LLC<br>3900 South Lindsay Road<br>Chandler, Arizona 85286 | Lease of Dairy Cows |

Case 4:14-bk-16069-BMW    Doc 91    Filed 11/26/14    Entered 11/26/14 14:17:42    Desc
Main Document    Page 12 of 15

Form B6B (Official Form 6B) (12/07)

In re:       D&E DAIRY FARMS, LLC                Case No.     4:14-bk-16069
             Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. §112; Fed. Bankr. P. 1007(m)..

☐     Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Daniel & Elaine Nowlin<br>350 E. Cornerstone Circle<br>Casa Grande, A 85122 | Farm Credit Services<br>3003 S. Fair Lane<br>Tempe, AZ 85282-3154 |
| Daniel & Elaine Nowlin<br>350 E. Cornerstone Circle<br>Casa Grande, A 85122 | Milky Way Dairy, LLC<br>20000 N. Ralston Road<br>Maricopa, AZ 85139 |
| Daniel & Elaine Nowlin<br>350 E. Cornerstone Circle<br>Casa Grande, A 85122 | Fronteras Nuevas, Inc.<br>20000 N. Ralston Road<br>Maricopa, AZ 85139 |
| Daniel & Elaine Nowlin<br>350 E. Cornerstone Circle<br>Casa Grande, A 85122 | Linda Johnson<br>24819 S. Ribbonwood Drive<br>Sun Lakes, AZ 85248 |
| Daniel & Elaine Nowlin<br>350 E. Cornerstone Circle<br>Casa Grande, A 85122 | Joseph Serrano<br>1820 Palmcroft Way NW<br>Phoenix, AZ 85007 |
| Daniel & Elaine Nowlin<br>350 E. Cornerstone Circle<br>Casa Grande, A 85122 | Dean Wells<br>17244 West Peters Road<br>Casa Grande, AZ 85193 |
| Daniel & Elaine Nowlin<br>350 E. Cornerstone Circle<br>Casa Grande, A 85122 | Bar and Farms, LLC<br>PO Box 10009<br>Casa Grande, AZ 85130 |
| Daniel & Elaine Nowlin<br>350 E. Cornerstone Circle<br>Casa Grande, A 85122 | Auza and Son Farms<br>PO Box 10008<br>Casa Grande, AZ 85130 |
| Daniel & Elaine Nowlin<br>350 E. Cornerstone Circle<br>Casa Grande, A 85122 | Anthony and Lynn Serrano<br>23500 West Clayton Road<br>Casa Grande, AZ 85293 |
| Daniel Nowlin Farms<br>350 E. Cornerstone Circle<br>Casa Grande, AZ 85122 | Empire CAT<br>PO Box 29879<br>Phoenix, AZ 85038-9878 |
| Daniel & Elaine Nowlin<br>350 E. Cornerstone Circle<br>Casa Grande, AZ 85122 | Empire CAT<br>PO Box 29879<br>Phoenix, AZ 85038-9878 |
| Daniel Nowlin Farms<br>350 E. Cornerstone Circle<br>Casa Grande, AZ 85122 | Dykstra Machinery<br>2585 East Queen Creek Road<br>Gilbert, AZ 85297 |

1

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Daniel & Elaine Nowlin<br>350 E. Cornerstone Circle<br>Casa Grande, AZ 85122 | Dykstra Machinery<br>2585 East Queen Creek Road<br>Gilbert, AZ 85297 |
| Daniel Nowlin Farms<br>350 E. Cornerstone Circle<br>Casa Grande, AZ 85122 | Atlas Farms<br>9357 East Pershing Ave.<br>Scottsdale, AZ 85260 |
| Daniel & Elaine Nowlin<br>350 E. Cornerstone Circle<br>Casa Grande, AZ 85122 | Atlas Farms<br>9357 East Pershing Ave.<br>Scottsdale, AZ 85260 |
| Daniel Nowlin Farms<br>350 E. Cornerstone Circle<br>Casa Grande, AZ 85122 | Matthew Phelps Farms<br>14189 West Earley Road<br>Casa Grande, AZ 85122 |
| Daniel & Elaine Nowlin<br>350 E. Cornerstone Circle<br>Casa Grande, AZ 85122 | Matthew Phelps Farms<br>14189 West Earley Road<br>Casa Grande, AZ 85122 |
| Daniel Nowlin Farms<br>350 E. Cornerstone Circle<br>Casa Grande, AZ 85122 | Nick Farms<br>350 E. Cornerston Circle<br>Casa Grande, AZ 85122 |
| Daniel & Elaine Nowlin<br>350 E. Cornerstone Circle<br>Casa Grande, AZ 85122 | Nick Farms<br>350 E. Cornerston Circle<br>Casa Grande, AZ 85122 |
| Daniel Nowlin Farms<br>350 E. Cornerstone Circle<br>Casa Grande, AZ 85122 | Richard Phelps Farms<br>14189 West Earley Road<br>Casa Grande, AZ 85122 |
| Daniel & Elaine Nowlin<br>350 E. Cornerstone Circle<br>Casa Grande, AZ 85122 | Richard Phelps Farms<br>14189 West Earley Road<br>Casa Grande, AZ 85122 |
| Daniel Nowlin Farms<br>350 E. Cornerstone Circle<br>Casa Grande, AZ 85122 | Haddad Farms<br>350 E. Cornerston Circle<br>Casa Grande, AZ 85122 |
| Daniel & Elaine Nowlin<br>350 E. Cornerstone Circle<br>Casa Grande, AZ 85122 | Haddad Farms<br>350 E. Cornerston Circle<br>Casa Grande, AZ 85122 |

2

B6 Declaration (Official Form 6 - Declaration) (12/07)

AZB

In re _____,  ☐    Case No. _____
           Debtor                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                              Debtor

Date _____     Signature: _____
                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any,    Social Security No.
of Bankruptcy Petition Preparer             (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____
_____
_____
Address

X _____     _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **a Member** [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the **D & E Dairy Farms LLC** [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date **11/25/14**                    Signature: X _____
                                                **DANIEL HOWLIN**
                                     [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---
Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.