# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | D&E DAIRY FARMS, LLC | | |
| **Case Number:** | 4:14-BK-16069-BMW | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, DECEMBER 15, 2014 11:00 AM   COURTROOM 446 | | |
| **Courtroom Clerk:** | CINDY TURNBULL | | |
| **Reporter / ECR:** | ANN MARIE VENTURA | | |
| **Audio File Name:** | THL01172864.MP3 | | |
| **Audio File Size:** | 13,317 KB | | |
| **Audio File Length:** | 00:28:24 | | |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

> This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."

### *Matter:*

CONTINUED HEARING RE FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL; AND 2) DETERMINATION OF ADEQUATE PROTECTION (CONT. FROM 10/30/14) (JT. ADMIN. WITH DANIEL NOWLIN FARMS G.P., 14-16-16072; AND DANIEL & ELAINE NOWLIN, 14-16073)

**R / M #:**   6 / 0