THIS ORDER IS APPROVED.

Dated: December 17, 2014



*Brenda Moody Whinery*, Bankruptcy Judge

---

MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: mmcgrath@mcrazlaw.com
       dhindman@mcrazlaw.com
By:   Michael McGrath, # 6019
       David J. Hindman, # 24704
       70066-2/gc
Proposed Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>☒ D&E DAIRY FARMS, LLC,<br>                   Debtor. | Chapter 11 Proceedings<br><br>No. 4:14-bk-16069-BMW<br>No. 4:14-bk-16072-BMW<br>No. 4:14-bk-16073-BMW<br><br>(Jointly Administered) |
| In re:<br>☒ DANIEL NOWLIN FARMS GENERAL PARTNERSHIP,<br>                   Debtor. | |
| In re:<br>☐ DANIEL NOWLIN AND ELAINE NOWLIN,<br>                   Debtors. | |
| This Filing Applies to:<br>☐ All Debtors<br>☒ Specified Debtors | |

**FINAL ORDER AUTHORIZING DEBTORS' EMERGENCY AND POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §364(c) AND 11 U.S.C. §105**

On October 30, 2014, D&E Dairy Farms, LLC ("**D&E**") and Daniel Nowlin Farms General Partnership ("**Farms**")—collectively the ("**Debtors**")—filed a *Motion to Obtain Emergency and Post-Petition Financing Pursuant to 11 U.S.C. §364(c) and 11 U.S.C. §105 (DE #33)* (the "Motion") seeking authority to obtain post-petition financing from Milky Way Dairies, LLC, relating to the payment of oat crop expenses and farm leases, and for Farms to borrow and D&E to lend funds necessary for Farms' operating expenses.

On November 12, 2014, the Court entered its *Order on Emergency Post-Petition Financing*, granting the Motion in part on an interim basis by, among other things:

1. Authorizing D&E to lend to Farms funds of not more than $453,646.98;
2. Authorizing Farms to accept advances from Milky Way Dairy, LLC relating to Farms' oat crop; and
3. Setting a final hearing on the Motion, and a continued and final hearing on Farms' request to obtain additional post-petition financing from Milky Way Dairy relating to farm lease payments.

Proper notice was provided to parties in interest of a final hearing on the Motion set for December 15, 2014.

On December 15, 2015, the Court conducted a continued and final hearing on the Motion, where it considered further arguments from counsel for interested parties, the testimony of witnesses Christopher Linscott (financial advisor to Debtors) and Daniel Nowlin (Debtors' principal), and reviewed proposed farm leases, cash flow budgets, the proposed loan agreement with Milky Way Dairy, LLC, and other exhibits.

Based upon the entire record in this case, including the Motion and supporting declarations and supplements, the objections to the Motion, exhibits and the testimony of witnesses at the Final Hearing, the arguments of counsel at the initial and Final Hearing, and pursuant to Rule 7052 of the Bankruptcy Rules, **the Court makes the findings and conclusions stated on the record at the Final Hearing on December 15, 2014.**

Based upon the foregoing, and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is granted and all objections are overruled.

**IT IS FURTHER ORDERED** that the Loan Agreement with Milky Way Dairy, LLC admitted as an exhibit at the Final Hearing is hereby approved and **Farms** is authorized to borrow from Milky Way upon the terms and conditions set forth in the Loan Agreement.

**IT IS FURTHER ORDERED** authorizing **D&E** to lend and **Farms** to borrow the amounts provided in the Motion.

**IT IS FURTHER ORDERED** that the loans from **D&E** shall be repaid as an administrative expense of **Farms** and secured by an assignment of the oat crop grown by **Farms**. Such assignment shall be of equal priority to the assignment granted to Milky Way pursuant to the terms of the approved Loan Agreement.

**IT IS FURTHER ORDERED** that Farm Credit shall have a lien in products, profits, and proceeds of the funds lent by **D&E** to the same validity, priority, and extent as Farm Credit's pre-petition and post-petition liens in **D&E**'s milk proceeds.

**IT IS FURTHER ORDERED** that this Order and the Court's findings of fact and conclusions of law shall take effect and be fully enforceable immediately upon execution hereof.

**DATED AND SIGNED ABOVE**

21T2983