ILENE J. LASHINSKY (#003073)
United States Trustee

EDWARD K. BERNATAVICIUS (#024174)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2608
FAX: (602) 514-7270
Email: Edward.K.Bernatavicius@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

D&E DAIRY FARMS, LLC,
DANIEL NOWLIN FARMS GENERAL
PARTNERSHIP, and
DANIEL NOWLIN and ELAINE NOWLIN,

Debtors

In Proceedings under Chapter 11

Case No. 4:14-bk-16069-BMW
Case No. 4:14-bk-16072-BMW
Case No. 4:14-bk-16069-BMW
(Jointly Administered)

**APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above-captioned debtors, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the official committee of unsecured creditors:

1. T & K FEEDS, INC.
   Attn: Daniel Grief
   PO Box 189
   Stanfield, AZ 85172
   Phone: (520) 424-3622
   Fax: (520) 424-3090
   Email: TKRRD@cgmailbox.com

2. BLUELINE RENTAL LLC
   Attn: Natalie Chilson.
   2430 Auto Park Way, Suite 101
   Escondido CA 92029
   Phone: (760) 658-5805

| | |
|---|---|
| | Fax: (760) 233-8744 |
| | Email: natalie.chilson@bluelinerental.com |

3. QUALITY LIQUID FEEDS, INC.
   Attn: Brent Molldrem
   PO Box 240
   Dodgeville WI 535333
   Phone: (608) 935-2345
   Fax: (608) 925-3198
   Email: brent@qlf.com

4. WESTERN MILLING, LLC
   Attn: Bob Reeves
   29700 W. Lower River Rd.
   Buckeye AZ 85326
   Phone: (602) 315-6136
   Fax: (602) 261-7900
   Email: breeves@westernmilling.com

DATED: December 22, 2014

RESPECTFULLY SUBMITTED

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ EKB ( #024174)
Edward K. Bernatavicius
Trial Attorney