ILENE J. LASHINSKY (#003073)
United States Trustee

EDWARD K. BERNATAVICIUS (#024174)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2608
FAX: (602) 514-7270
Email: Edward.K.Bernatavicius@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>D&E DAIRY FARMS, LLC,<br>DANIEL NOWLIN FARMS GENERAL PARTNERSHIP, and<br>DANIEL NOWLIN and ELAINE NOWLIN,<br><br>Debtors. | In Proceedings under Chapter 11<br><br>Case No. 4:14-bk-16069-BMW<br>Case No. 4:14-bk-16072-BMW<br>Case No. 4:14-bk-16069-BMW<br>(Jointly Administered)<br><br>**AMENDED APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br>**(Amended to correct contact information for Quality Liquid Feeds, Inc.)** |

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above-captioned debtors, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the official committee of unsecured creditors:

1. T & K FEEDS, INC.
   Attn: Daniel Grief
   PO Box 189
   Stanfield, AZ 85172
   Phone: (520) 424-3622
   Fax: (520) 424-3090
   Email: TKRRD@cgmailbox.com

| | | |
|---|---|---|
|1| 2. | BLUELINE RENTAL LLC |
|2| | Attn: Natalie Chilson. |
| | | 2430 Auto Park Way, Suite 101 |

2. BLUELINE RENTAL LLC
   Attn: Natalie Chilson.
   2430 Auto Park Way, Suite 101
   Escondido CA 92029
   Phone: (760) 658-5805
   Fax:     (760) 233-8744
   Email: natalie.chilson@bluelinerental.com

3. QUALITY LIQUID FEEDS, INC.
   Attn: Brent Molldrem
   PO Box 240
   Dodgeville WI 53533
   Phone: (608) 935-2345
   Fax:     (608) 935-3198
   Email: brent@qlf.com

4. WESTERN MILLING, LLC
   Attn: Bob Reeves
   29700 W. Lower River Rd.
   Buckeye AZ 85326
   Phone: (602) 315-6136
   Fax:     (602) 261-7900
   Email: breeves@westernmilling.com

RESPECTFULLY SUBMITTED

DATED: December 23, 2014

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ EKB ( #024174)
Edward K. Bernatavicius
Trial Attorney