Robert T. Kugler (MN Bar No. 194116)
Alisa C. Lacey (AZ Bar No. 010571)
Christopher C. Simpson (AZ Bar No. 018626)
Phillip Ashfield (MN Bar No. 0388990)
**STINSON LEONARD STREET LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
And
150 S. Fifth Street, Suite 2300
Minneapolis, MN 55402

Robert.kugler@stinsonleonard.com
Alisa.lacey@stinsonleonard.com
Christopher.simpson@stinsonleonard.com
Phillip.ashfield@stinsonleonard.com

Proposed Attorneys for the Official Committee of Unsecured Creditors

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>D&E DAIRY FARMS, LLC,<br>DANIEL NOWLIN FARMS GENERAL PARTNERSHIP, and DANIEL NOWLIN and ELAINE NOWLIN<br><br>Debtors. | Chapter 11<br><br>Case No. 4:14-bk-16069-BMW<br>Case No. 4:14-bk-16072-BMW<br>Case No. 4:14-bk-16073-BMW<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

NOTICE IS HEREBY GIVEN of the appearance of Robert T. Kugler*, Alisa C. Lacey, Christopher C. Simpson, and Phillip J. Ashfield* of the firm of Stinson Leonard Street LLP as proposed counsel to the Official Committee of Unsecured Creditors. Notice of all pleadings and documents should be transmitted to Stinson Leonard Street LLP at the following address:

---

* Pro Hac Vice applications pending.

Robert T. Kugler
Alisa C. Lacey
Christopher C. Simpson
Phillip J. Ashfield
STINSON LEONARD STREET LLP
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
602-279-1600 (phone)
602-240-6925 (fax)
And
150 S. Fifth Street, Suite 2300
Minneapolis, MN 55402

Robert.kugler@stinsonleonard.com
Alisa.lacey@stinsonleonard.com
Christopher.simpson@stinsonleonard.com
Phillip.ashfield@stinsonleonard.com

DATED this 23rd day of December, 2014.

**STINSON LEONARD STREET LLP**

By: Alisa C. Lacey (SB # 010571)
Robert T. Kugler
Alisa C. Lacey
Christopher C. Simpson
Phillip J. Ashfield
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
and
150 S. Fifth Street, Suite 2300
Minneapolis, MN 55402
Proposed Attorneys for the Official Committee
of Unsecured Creditors

COPY of the foregoing sent this 23rd day of December, 2014, to:

Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003
ustpregion14.px.ecf@usdoj.gov

| | |
|---|---|
| 1 | Edward K. Bernatavicius |
|   | Office of the U.S. Trustee |
| 2 | 230 N. First Avenue, Suite 204 |
|   | Phoenix, AZ 85003 |
| 3 | Edward.k.bernatavicius@usdoj.gov |
| 4 | |
|   | David J. Hindman |
| 5 | Michael W. McGrath |
|   | Kasey C. Nye |
| 6 | Isaac D. Rothschild |
|   | Mesch, Clark & Rothschild |
| 7 | 259 N. Meyer Ave. |
|   | Tucson, AZ 85701 |
| 8 | ecfbk@mcrazlaw.com |
| 9 | Attorneys for Debtor |
| 10 | Robert M. Charles, Jr. |
|   | Lewis Roca Rothgerber LLP |
| 11 | One S. Church, Ste. 700 |
|   | Tucson, AZ 85701-1611 |
| 12 | RCharles@LRRLaw.com |
| 13 | Attorneys for Farm Credit Services Southwest |
| 14 | |
| 15 | Shelton L. Freeman |
|   | Rachel Ragni Larrenaga |
|   | Freeman Huber Law, PLLC |
| 16 | 6909 E. Main St. |
|   | Scottsdale, AZ 85251 |
| 17 | tfreeman@fhlawaz.com |
| 18 | Attorneys for Anthony and Lynn Serrano, Beau Joseph and Kristin Serrano |
| 19 | |
|   | James E. Cross |
| 20 | Cross Law Firm, PLC |
|   | 1850 N. Central Ave., Ste. 1150 |
| 21 | Phoenix, AZ 85004 |
|   | JCross@crossbcs.com |
| 22 | Attorneys for Linda Johnson and the Linda |
| 23 | L. Johnson 1995 Trust dated May 23, 1995 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Steven M. Cox |
| 2 | Law Offices Waterfall, Economidis, Caldwell, Hanshaw & Villamana, PC |
| 3 | Williams Center, Eighth Floor<br>5210 E. Williams Circle |
| 4 | Tucson, AZ 85711<br>smcox@wechv.com |
| 5 | Attorneys for Dennis Nowlin, Jr. |
| 6 | S. Cary Forrester |
| 7 | Forrester & Worth, PLLC<br>3636 N. Central Avenue, Ste. 700 |
| 8 | Phoenix, AZ 85012<br>SCF@Forresterandworth.com |
| 9 | Attorneys for Alice L. Johnson-McKinney, individually and as Trustee of the Alice L. |
| 10 | Johnson-McKinney Revocable Trust dated March 31, 2005 and Becky Denise Johnson- |
| 11 | Cecil |
| 12 | David A. McCarville |
| 13 | Scott R. Weiner<br>Nussbaum Gillis & Dinner, PC |
| 14 | 14850 N. Scottsdale Rd., Ste. 450<br>Scottsdale, AZ 85254 |
| 15 | dmccarville@ngdlaw.com<br>sweiner@ngdlaw.com |
| 16 | Attorneys for Toby Farrow Farms and Toby and Erica Farrow, Marathon Farming |
| 17 | Company, Triple D Farms, LLC |
| 18 | |
| 19 | John G. Sinodis<br>Jennings, Haug & Cunningham, LLP |
| 20 | 2800 N. Central Ave., Ste. 1800<br>Phoenix, AZ 85004-1049 |
| 21 | jgs@jhc-law.com<br>Attorneys for Dakota Financial, LLC |
| 22 | |
| 23 | Robert J. Spurlock<br>Bonnett, Fairbourn, Friedman & Balint, PC |
| 24 | 2325 E. Camelback Rd., #300<br>Phoenix, AZ 85016 |
| 25 | bspurlock@bffb.com<br>Attorneys for Deere & Company, and AGCO Finance, LLC |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Jared G. Parker<br>Parker Schwartz, PLLC |
| 2 | 7310 N. 16th St., Ste. 330<br>Phoenix, AZ 85020 |
| 3 | jparker@psazlaw.com |
| 4 | Attorneys for Auza & Son Farms, LLC |
| 5 | Daren R. Brinkman<br>Laura J. Portillo |
| 6 | Kevin C. Ronk |
| 7 | Brinkman Portillo Ronk, APC<br>4333 Park Terrace Dr., Ste. 205 |
| 8 | Westlake Village, CA 91361<br>AZ@brinkmanlaw.com |
| 9 | Attorneys for T&K Feeds, Inc. |
| 10 | William W. Fife, III<br>Brinkman Portillo Ronk, APC |
| 11 | 18444 N. 25th Ave.<br>Phoenix, AZ 85016 |
| 12 | AZ@brinkmanlaw.com |
| 13 | Attorneys for T&K Feeds, Inc. |
| 14 | Chad P. Miesen<br>Nikita V. Patel |
| 15 | Carpenter, Hazelwood, Delgado & Bolen<br>PLC |
| 16 | 1400 E. Southern Ave., Ste. 400<br>Tempe, AZ 85282 |
| 17 | chad@carpenterhazlewood.com |
| 18 | Nikki@carpenterhazlewood.com<br>Attorneys for White Mountain Summer |
| 19 | Home Association, Inc. |
| 20 | Steven N. Berger<br>Engelman Berger PC |
| 21 | 3636 N. Central Ave., Ste.700<br>Phoenix. AZ 85012 |
| 22 | snb@eblawyers.com |
| 23 | Attorneys for El Dorado Holdings, Inc. |
| 24 | |
| 25 | /s/ Anne Finch |
| 26 | |
| 27 | |
| 28 | |