# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>D&E DAIRY FARMS, LLC,<br><br>Debtor. | Chapter 11 Proceedings<br><br>No. 4:14-bk- 16069-BMW |
| In re:<br><br>DANIEL NOWLIN FARMS GENERAL PARTNERSHIP,<br><br>Debtor. | No. 4:14-bk- 16072-BMW |
| In re:<br><br>DANIEL NOWLIN AND ELAINE NOWLIN,<br><br>Debtors. | No. 4:14-bk- 16073-BMW |

**FINAL ORDER AUTHORIZING USE OF
CASH AND FOR ADEQUATE PROTECTION**

This matter came before the Court upon the DEBTORS' EMERGENCY MOTION TO DETERMINE ADEQUATE PROTECTION AND APPOINT DISBURSING AGENT (DE 5) filed by the Debtors in possession, D&E Dairy Farms ("D&E") and Daniel Nowlin Farms ("DNF"), and their principals, Daniel and Elaine Nowlin ("Nowlin") (collectively the "Debtors").

The Court previously entered an *Interim Order for Emergency Use of Cash and for Adequate Protection* on November 10, 2014, (DE 68) and set the matter for a final hearing to be held on December 15, 2014. At the final hearing on December 15, 2014, Debtors and Farm Credit stated on the record that they had stipulated and agreed on adequate protection with the exception of one issue, which the parties would continue to attempt to resolve. The Court continued the Final Hearing to January 6, 2015. Prior to the continued final hearing, the Parties resolved many remaining issues, but were unable to stipulate and agree to certain provisions of the form of Final Order.

Having considered the Debtors' Motion and attached Declarations of the Financial Advisor, Christopher Linscott, and proposed Disbursing Agent, Fred Boice, and the Omnibus Declaration of Daniel Nowlin in Support of Debtors' Chapter 11 Petitions and First Day Motions (DE #4), and all supplemental pleadings and declarations filed by parties to these cases, and the arguments of counsel made at the emergency hearing on October 30, 2014 and at the hearings on December 15, 2014 and January 6, 2015, and upon consideration of the entire record in this matter, and further good cause appearing,

**THE COURT FINDS AND CONCLUDES AS FOLLOWS:**

A. On October 24, 2014 ("Petition Date"), Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Arizona ("Court"). Pursuant to sections 1107 and 1108 of the Bankruptcy Code, Debtors have possession of their property and continue to operate their businesses as debtors-in-possession.

B. The Court has approved joint administration of these three estates.

C. Good cause has been shown for the entry of this Order. The terms of the use of claimed Cash Collateral authorized hereby are fair under the circumstances and reflect Debtors' exercise of prudent business judgment consistent with its fiduciary duties.

D. Pursuant to the Dairy Farm Lease / Purchase between J&K Dairy Farms, LLC ("J&K"), and D&E Dairy Farms, LLC ("D&E"), dated February 27, 2012 ("Lease"), D&E is the transferee of certain livestock, milk base, feed, equipment, facilities, and other

property described in the Lease ("Transferred Property"). Any accounts, proceeds, or products of the Transferred Property, including milk proceeds, are property of the D&E bankruptcy estate.

E. In compliance with the requirements of Rule 4001(b) of the Federal Rules of Bankruptcy Procedure and Rule 2002-1 of the Local Rules of the United States Bankruptcy Court, Debtors have provided sufficient notice of the hearing on the Motion, as was practicable under the circumstances to: (a) Farm Credit Services Southwest, the "**Lender**" or "**FCSS,**" (b) the 20 largest unsecured creditors of each of the three jointly administered Debtors, (c) applicable taxing authorities listed on the Master Mailing List which includes, (d) other creditors listed who may assert an interest in Debtors' assets, and (e) the Office of the United States Trustee.

F. Debtors require the use of claimed Cash Collateral for the payment of, *inter alia,* its operating and other expenses necessary to preserve its assets and to continue the farming and dairy operations.

G. Lender has consented to Debtors' use of claimed Cash Collateral, since the filing date through the date of the Final Hearing. In consideration for the Debtors' use of claimed Cash Collateral, Lender is entitled to have its interest therein adequately protected as set forth in this Order.

Based upon the foregoing, and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is GRANTED as modified herein. Except as modified herein, the terms and provisions of the prior interim order remain in full force and effect.

2. The Debtors are authorized to use cash collateral in accordance with the budgets provided to Farm Credit and attached hereto as Exhibits A (D&E budget) and B (DNF budget). The Debtors may submit updated budgets, as and when necessary, to Lender. No Court order shall be required to substitute an updated budget; provided, however, that if Lender objects to any change reflected in an updated budget, then Debtors may file a request for relief from the Bankruptcy Court as to such dispute to be heard on

not less than ten (10) days notice.

3. As adequate protection for Lender's interests in its claimed Collateral, pursuant to 11 U.S.C. Sections 361 and 363, Lender is hereby granted (a) security interests in and upon the Cash Collateral Account described below; (b) a replacement lien in the Debtors' tangible real and personal property, including without limitation farm products, equipment, inventory, accounts, contract rights, documents, chattel paper, accounts receivable, supplies, general intangibles, livestock, feed, milk, milk products, milk base and history, to the same extent, priority and enforceability of Lender's pre-petition lien; (c) a monthly cash payment of $5,500 allocated among the Debtors to protect the depreciation of Lender's interest in the Debtors' tangible personal property; (d) the appointment by the Court of Fred Boice as an Estate Disbursing Agent; (e) Debtor's continued maintenance of property and casualty insurance on all Collateral as set forth below; and (f) Lender's lien in DNF loans set forth below.

4. In addition, to adequately protect Lender's claimed interest in D&E's livestock, D&E shall maintain the average level of their owned and leased cattle at about 2,000 head, which is the approximate head count on the Petition Date of cows, bulls, and newborns.

5. To adequately protect Lender's claimed interest in D&E's feed inventory, the Disbursing Agent shall deposit into a segregated debtor in possession account $65,000 per month as an estimate of the market value of silage consumed on a monthly basis, or use such funds to: (i) purchase replacement feed and silage in the ordinary course of D&E's business; and/or (ii) pre-pay expenses for the growing of replacement feed inventory. Lender shall have a security interest in said account, and the product, proceeds and profits of said account, to the same extent, priority and enforceability as it had in the feed inventory on the petition date. The use of such funds is subject to the provisions of paragraphs 7 and 8 herein.

6. To the extent and for such time as Fred Boice may be unable to perform the duties of the Disbursing Agent, the Debtors' financial advisor, Chris Linscott, shall

serve as the acting Disbursing Agent and perform such duties as are required of or reserved to the Disbursing Agent pursuant to this Order. The Debtors and Lender may agree to other acting or replacement disbursement agents, all of whom shall be subject to all the same requirements and orders governing the duties and responsibilities of the Disbursing Agent as set forth herein.

7. With the prior consent of Lender, on two business day's notice, D&E, through the Disbursing Agent, may pay the actual, necessary, and reasonable expenses of ordinary maintenance and operation of the business of D&E to be incurred in the ordinary course of business. The Lender shall be deemed to have consented to such payment unless Lender objects in writing to the payment within two business days of receiving notice of such payment. Excepted from this consent procedure are the weekly payments due Western Milling.

8. With the prior consent of Lender, on two business day's notice, on behalf of DNF, the Disbursing Agent may advance funds from D&E to DNF in order to pay the actual, necessary, and reasonable expenses of ordinary maintenance and operation of the business of DNF incurred in the ordinary course of business. The Lender shall be deemed to have consented to such payment unless Lender objects in writing to the payment within two business days of receiving notice of such payment. Notwithstanding the foregoing, no funds shall be paid by D&E to Milky Way Dairy on account of loans from Milky Way to DNF or any other Debtors, except for payments on the existing cow loan from Milky Way. Such advances from D&E shall be deemed loans under 11 U.S.C. § 364. Lender shall have a lien on such loans and their proceeds.

9. The following statements shall guide the Disbursing Agent in seeking Lender's approval for payment of expenses. The Disbursing Agent shall be guided by the Budgets in paying the ordinary and customary business expenses of the Debtors in their respective businesses. The Disbursing Agent may make such additional expenditures as are required to preserve and maintain the Debtors' businesses as going concerns. Permitted expenditures may include payment for feed and forage which has been delivered to the

Debtors' businesses on consignment. The Disbursing Agent shall be authorized to pay insurance on the estates' assets. All payments to be made by the Disbursing Agent must be required by the operation of the Debtors' businesses.

10. Upon resuming his duties as the Disbursing Agent, Mr. Boice shall be paid without further order of this Court not more than $4,000 per month for serving in the role of Disbursing Agent.

11. Lender is not granted a security interest or lien in any cause of action of the Estate arising under Sections 544, 545, 547, 548, 549 or 553(b) of the Bankruptcy Code. Nothing in this Order shall in any way restrict the scope of Lender's prepetition liens, security interests, mortgages, rights of setoff or claims with respect to its prepetition collateral, or the proceeds, rents, products or profits thereof. Nothing contained in this Order or otherwise, and no action or inaction of Lender shall be deemed to be a consent by Lender to any charge, lien, assessment or claim against the Collateral.

12. United Dairymen of Arizona ("UDA") is directed to send payment for milk due D&E Dairy and J&K Dairy to Debtors' segregated debtor-in-possession account at Wells Fargo Bank. The wire instructions for such account is Routing Number: 121000248 and Account Number: 6262972984, and is hereafter referred to as the Cash Collateral Account.

13. Nothing contained in this Order shall constitute a determination that Lender's interests are adequately protected and Lender reserves its right to request, and to the extent appropriate, receive alternative or additional forms of adequate protection, including but not limited to additional adequate protection payments from Debtors. Debtors reserve all rights to object to any such request by Lender.

14. The Disbursing Agent shall collect and account for all income and receivables from Debtors' dairy and farming operations, including but not limited to the proceeds from the UDA. All such proceeds shall be deposited into the Cash Collateral Account.

15. The Disbursing Agent shall pay the Lender any monthly adequate

protection payment ordered by the Court.

16. Debtors may not use any claimed Cash Collateral to pay any expenses of estate professionals without a further order of this Court. Debtors are required to timely file all monthly Operating Reports, Statements of Assets and Liabilities and Schedule of Financial Affairs, as well as meet all requirements imposed by the Office of the United States Trustee.

17. Debtors shall provide, make available and otherwise permit access to such financial and operating information as representatives of and auditors for FCSS may reasonably request from time to time.

18. As soon as they are available, Debtors shall promptly provide FCSS upon reasonable request with all operating reports, financial statements, general ledgers, check registers and copies of cancelled checks, and reports of any kind provided to or generated by Debtors, or Debtors' accountants.

19. FCSS is granted replacement or continuing liens on and security interests in the following assets:

    a. Dairy Real Estate;
    b. Debtors' Equipment;
    c. Livestock in the Debtors' collateral;
    d. Feed;
    e. Milk Base;
    f. CYDY Penny Stocks;
    g. FCSS Stock;
    h. Accounts receivable;
    i. Joharra/Nowlin Land; and
    j. Milk inventory.

20. The replacement liens and security interests granted in this Order are valid, enforceable, and of the same priority as existed pre-petition. No filing or recordation or any other act in accordance with any applicable local, state, or federal law is necessary to

create or perfect such lien and security interest. Debtors shall execute and deliver to FCSS such documents as FCSS may reasonably request to evidence the replacement liens granted herein.

21. Debtors shall maintain property and casualty insurance upon all of the Lender's Collateral, with Lender named as an additional loss payee and party entitled to notice of any adverse policy actions.

22. If Debtors fails to fully and timely perform any provision, term or condition of this Order, Debtors shall be in default. In the event of a default, should FCSS give written notice to Debtors of the default and of its withdrawal of consent to the use of its Cash Collateral, the Debtors consent and will fully participate in securing an emergency hearing on any request to terminate Debtors' right to use Cash Collateral. Notice of any default shall be provided to Debtors via notice to the following by fax, regular mail, overnight delivery or hand delivery at the following addresses:

Michael McGrath, Esq.
David J. Hindman, Esq.
Mesch, Clark & Rothschild, P.C.
259 Meyer Avenue
Tucson, Arizona 85701-1090
Facsimile: (520) 798-1037

Fred T. Boice
Mr. Fred T. Boice
4741 Paseo del Bac
Tucson, Arizona 85718
Facsimile: (520) 638-7775

Christopher G. Linscott
Keegan, Linscott & Kenon, PC
33 N. Stone Ave., Suite 1100
Tucson, Arizona 85701
Facsimile: (520) 884-8767

23. To the extent the replacement liens and security interests are insufficient to compensate FCSS for the Cash Collateral used, FCSS shall have the right to seek an

administrative claim under 11 U.S.C. §§ 503(b) and 507(a)(1), with the super priority status set forth in 11 U.S.C. § 507(b) to the extent of any deficiency. The Debtors retain all rights to object to the allowance of such a claim, or otherwise object to the relief sought.

24. Nothing contained in this Final Order shall be deemed or be construed to waive, reduce, or otherwise diminish the rights of FCSS to seek additional or different adequate protection of its interests under the loan documents, to seek relief from the automatic stay, or to take any other action in this bankruptcy case, including but not limited to, seeking relief from the automatic stay or from seeking other forms of adequate protection at a later time. Furthermore, nothing contained in this Order shall be deemed or be construed to be an admission that FCSS is adequately protected. Similarly, nothing in the order shall prejudice the rights of the Debtors to seek relief or remedy as provided under applicable law, or to propose alternate means of adequate protection.

25. Debtors do not waive their rights with respect to determination of the allowed amount of FCSS's secured claim pursuant to 11 U.S.C. § 506(a) & (b), including how adequate protection payments shall be applied in calculating the allowed claim, nor does FCSS waive any rights related thereto.

**DATED, SIGNED AND ORDERED ABOVE.**

Exhibit A

**D & E Dairy Farms, LLC**
**Preliminary Budget**
December 2014 through November 2015

| | Dec 14 | Jan 15 | Feb 15 | Mar 15 | Apr 15 | May 15 | Jun 15 | Jul 15 | Aug 15 | Sep 15 | Oct 15 | Nov 15 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | |
| **Revenues** | | | | | | | | | | | | | |
| **Livestock Sales** | | | | | | | | | | | | | |
| Calves | $ 33,635 | $ 33,635 | $ 33,635 | $ 33,635 | $ 33,635 | $ 33,635 | $ 33,635 | $ 33,635 | $ 33,635 | $ 33,635 | $ 33,635 | $ 33,635 | $ 403,620 |
| Bull/Cow Sales | $ 111,588 | $ 111,588 | $ 111,588 | $ 111,588 | $ 111,588 | $ 111,588 | $ 111,588 | $ 111,588 | $ 111,588 | $ 111,588 | $ 111,588 | $ 111,588 | $ 1,339,052 |
| Replacement Purchases | $ (191,500) | $ (191,500) | $ (191,500) | $ (191,500) | $ (150,000) | $ (150,000) | $ (150,000) | $ (150,000) | $ (150,000) | $ (150,000) | $ (150,000) | $ (150,000) | $ (1,966,000) |
| **Total Livestock Sales** | $ (46,277) | $ (46,277) | $ (46,277) | $ (46,277) | $ (4,777) | $ (4,777) | $ (4,777) | $ (4,777) | $ (4,777) | $ (4,777) | $ (4,777) | $ (4,777) | $ (223,328) |
| **Product Revenue** | | | | | | | | | | | | | |
| UDA - Milk Sales | $ 801,848 | $ 789,820 | $ 777,973 | $ 766,303 | $ 754,809 | $ 743,487 | $ 732,334 | $ 721,349 | $ 710,529 | $ 699,871 | $ 689,373 | $ 679,033 | $ 8,866,731 |
| rBST Free Premium | $ 15,495 | $ 15,495 | $ 15,495 | $ 15,495 | $ 15,495 | $ 15,495 | $ 15,495 | $ 15,495 | $ 15,495 | $ 15,495 | $ 15,495 | $ 15,495 | $ 185,942 |
| Protein Program Value | $ 5,498 | $ 5,498 | $ 5,498 | $ 5,498 | $ 5,498 | $ 5,498 | $ 5,498 | $ 5,498 | $ 5,498 | $ 5,498 | $ 5,498 | $ 5,498 | $ 65,978 |
| **Milk Sales** | $ 822,841 | $ 810,814 | $ 798,966 | $ 787,297 | $ 775,802 | $ 764,480 | $ 753,328 | $ 742,343 | $ 731,523 | $ 720,865 | $ 710,367 | $ 700,026 | $ 9,118,651 |
| CWT Program | $ (1,466) | $ (1,466) | $ (1,466) | $ (1,466) | $ (1,466) | $ (1,466) | $ (1,466) | $ (1,466) | $ (1,466) | $ (1,466) | $ (1,466) | $ (1,466) | $ (17,594) |
| rBST Assessment | $ (6,868) | $ (6,868) | $ (6,868) | $ (6,868) | $ (6,868) | $ (6,868) | $ (6,868) | $ (6,868) | $ (6,868) | $ (6,868) | $ (6,868) | $ (6,868) | $ (82,415) |
| Protein Value Assessment | $ (6,163) | $ (6,163) | $ (6,163) | $ (6,163) | $ (6,163) | $ (6,163) | $ (6,163) | $ (6,163) | $ (6,163) | $ (6,163) | $ (6,163) | $ (6,163) | $ (73,957) |
| Pool Assessment | $ (5,445) | $ (5,445) | $ (5,445) | $ (5,445) | $ (5,445) | $ (5,445) | $ (5,445) | $ (5,445) | $ (5,445) | $ (5,445) | $ (5,445) | $ (5,445) | $ (65,342) |
| Quality Check-Off | $ (2,932) | $ (2,932) | $ (2,932) | $ (2,932) | $ (2,932) | $ (2,932) | $ (2,932) | $ (2,932) | $ (2,932) | $ (2,932) | $ (2,932) | $ (2,932) | $ (35,188) |
| ESC Penalty | $ (7,331) | $ (7,331) | $ (7,331) | $ (7,331) | $ (7,331) | $ (7,331) | $ (7,331) | $ (7,331) | $ (7,331) | $ (7,331) | $ (7,331) | $ (7,331) | $ (87,971) |
| Hauling | $ (22,117) | $ (22,117) | $ (22,117) | $ (22,117) | $ (22,117) | $ (22,117) | $ (22,117) | $ (22,117) | $ (22,117) | $ (22,117) | $ (22,117) | $ (22,117) | $ (265,406) |
| Marketing | $ (3,665) | $ (3,665) | $ (3,665) | $ (3,665) | $ (3,665) | $ (3,665) | $ (3,665) | $ (3,665) | $ (3,665) | $ (3,665) | $ (3,665) | $ (3,665) | $ (43,985) |
| Ad. Prom. | $ (5,498) | $ (5,498) | $ (5,498) | $ (5,498) | $ (5,498) | $ (5,498) | $ (5,498) | $ (5,498) | $ (5,498) | $ (5,498) | $ (5,498) | $ (5,498) | $ (65,978) |
| Sunshine Heifers - UDA | $ (8,400) | $ (8,400) | $ (8,400) | $ (8,400) | $ (8,400) | $ (8,400) | $ (8,400) | $ (8,400) | $ (8,400) | $ (8,400) | $ (8,400) | $ (8,400) | $ (100,800) |
| Capital Mo. | $ (5,498) | $ (5,498) | $ (5,498) | $ (5,498) | $ (5,498) | $ (5,498) | $ (5,498) | $ (5,498) | $ (5,498) | $ (5,498) | $ (5,498) | $ (5,498) | $ (65,978) |
| **Less Industry Assessments** | $ (75,384) | $ (75,384) | $ (75,384) | $ (75,384) | $ (75,384) | $ (75,384) | $ (75,384) | $ (75,384) | $ (75,384) | $ (75,384) | $ (75,384) | $ (75,384) | $ (904,613) |
| **Total Product Revenue** | $ 747,457 | $ 735,429 | $ 723,582 | $ 711,912 | $ 700,418 | $ 689,096 | $ 677,943 | $ 666,958 | $ 656,138 | $ 645,480 | $ 634,982 | $ 624,642 | $ 8,214,038 |
| **Total Revenues** | $ 701,180 | $ 689,152 | $ 677,305 | $ 665,635 | $ 695,641 | $ 684,318 | $ 673,166 | $ 662,181 | $ 651,361 | $ 640,703 | $ 630,205 | $ 619,864 | $ 7,990,710 |
| **Cost of Goods Sold** | | | | | | | | | | | | | |
| Purchased Feed | $ 160,000 | $ 160,000 | $ 160,000 | $ 160,000 | $ 160,000 | $ 160,000 | $ 160,000 | $ 160,000 | $ 160,000 | $ 160,000 | $ 160,000 | $ 160,000 | $ 1,920,000 |
| Forage | $ 180,000 | $ 180,000 | $ 180,000 | $ 180,000 | $ 180,000 | $ 180,000 | $ 180,000 | $ 180,000 | $ 180,000 | $ 180,000 | $ 180,000 | $ 180,000 | $ 2,160,000 |
| **Total COGS** | $ 340,000 | $ 340,000 | $ 340,000 | $ 340,000 | $ 340,000 | $ 340,000 | $ 340,000 | $ 340,000 | $ 340,000 | $ 340,000 | $ 340,000 | $ 340,000 | $ 4,080,000 |
| **Gross Profit** | $ 361,180 | $ 349,152 | $ 337,305 | $ 325,635 | $ 355,641 | $ 344,318 | $ 333,166 | $ 322,181 | $ 311,361 | $ 300,703 | $ 290,205 | $ 279,864 | $ 3,910,710 |
| **Operating Expenses** | | | | | | | | | | | | | |
| **Payroll Expenses** | | | | | | | | | | | | | |
| **Wages** | | | | | | | | | | | | | |
| Salary Wages | $ 60,270 | $ 60,270 | $ 60,270 | $ 60,270 | $ 60,270 | $ 60,270 | $ 60,270 | $ 60,270 | $ 60,270 | $ 60,270 | $ 60,270 | $ 60,270 | $ 723,240 |
| Hourly Wages | $ 41,400 | $ 41,400 | $ 41,400 | $ 41,400 | $ 41,400 | $ 41,400 | $ 41,400 | $ 41,400 | $ 41,400 | $ 41,400 | $ 41,400 | $ 41,400 | $ 496,800 |
| **Total Wages** | $ 101,670 | $ 101,670 | $ 101,670 | $ 101,670 | $ 101,670 | $ 101,670 | $ 101,670 | $ 101,670 | $ 101,670 | $ 101,670 | $ 101,670 | $ 101,670 | $ 1,220,040 |

# D & E Dairy Farms, LLC
## Preliminary Budget
### December 2014 through November 2015

| | Dec 14 | Jan 15 | Feb 15 | Mar 15 | Apr 15 | May 15 | Jun 15 | Jul 15 | Aug 15 | Sep 15 | Oct 15 | Nov 15 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Payroll Taxes** | | | | | | | | | | | | | |
| Social Security | $ 7,635 | $ 7,635 | $ 7,635 | $ 7,635 | $ 7,635 | $ 7,635 | $ 7,635 | $ 7,635 | $ 7,635 | $ 7,635 | $ 7,635 | $ 7,635 | $ 91,625 |
| Medicare | $ 1,789 | $ 1,789 | $ 1,789 | $ 1,789 | $ 1,789 | $ 1,789 | $ 1,789 | $ 1,789 | $ 1,789 | $ 1,789 | $ 1,789 | $ 1,789 | $ 21,473 |
| Federal Unemployment | $ 61 | $ 61 | $ 61 | $ 61 | $ 61 | $ 61 | $ 61 | $ 61 | $ 61 | $ 61 | $ 61 | $ 61 | $ 732 |
| AZ Job Training | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 122 |
| Arizona Unemployment | $ 366 | $ 366 | $ 366 | $ 366 | $ 366 | $ 366 | $ 366 | $ 366 | $ 366 | $ 366 | $ 366 | $ 366 | $ 4,392 |
| **Total Payroll Taxes** | $ 9,862 | $ 9,862 | $ 9,862 | $ 9,862 | $ 9,862 | $ 9,862 | $ 9,862 | $ 9,862 | $ 9,862 | $ 9,862 | $ 9,862 | $ 9,862 | $ 118,344 |
| Workman's Comp | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 39,500 |
| Employee Benefits | $ 5,785 | $ 5,785 | $ 5,785 | $ 5,785 | $ 5,785 | $ 5,785 | $ 5,785 | $ 5,785 | $ 5,785 | $ 5,785 | $ 5,785 | $ 5,785 | $ 69,420 |
| **Total Payroll Expenses** | $ 120,817 | $ 120,817 | $ 120,817 | $ 120,817 | $ 120,817 | $ 120,817 | $ 120,817 | $ 120,317 | $ 120,317 | $ 120,317 | $ 120,317 | $ 120,317 | $ 1,447,304 |
| Equipment Rental | $ 6,610 | $ 6,610 | $ 6,610 | $ 6,610 | $ 6,610 | $ 6,610 | $ 6,610 | $ 6,610 | $ 6,610 | $ 6,610 | $ 6,610 | $ 6,610 | $ 79,320 |
| Supplies | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 14,400 |
| Corral Cleaning | $ 1,571 | $ 1,571 | $ 1,571 | $ 1,571 | $ 1,571 | $ 1,571 | $ 1,571 | $ 1,571 | $ 1,571 | $ 1,571 | $ 1,571 | $ 1,571 | $ 18,846 |
| Maintenance & Repairs | $ 49,566 | $ 49,566 | $ 49,566 | $ 49,566 | $ 49,566 | $ 49,566 | $ 49,566 | $ 49,566 | $ 49,566 | $ 49,566 | $ 49,566 | $ 49,566 | $ 594,793 |
| Utilities | $ 20,622 | $ 20,622 | $ 20,622 | $ 20,622 | $ 20,622 | $ 20,622 | $ 20,622 | $ 20,622 | $ 20,622 | $ 20,622 | $ 20,622 | $ 20,622 | $ 247,465 |
| Fuel and Oil | $ 31,000 | $ 31,000 | $ 31,000 | $ 31,000 | $ 31,000 | $ 31,000 | $ 31,000 | $ 31,000 | $ 31,000 | $ 31,000 | $ 31,000 | $ 31,000 | $ 372,000 |
| Vet, Breeding, Meds | $ 2,914 | $ 2,914 | $ 2,914 | $ 2,914 | $ 2,914 | $ 2,914 | $ 2,914 | $ 2,914 | $ 2,914 | $ 2,914 | $ 2,914 | $ 2,914 | $ 34,968 |
| Testing & Trimming | $ 1,636 | $ 1,636 | $ 1,636 | $ 1,636 | $ 1,636 | $ 1,636 | $ 1,636 | $ 1,636 | $ 1,636 | $ 1,636 | $ 1,636 | $ 1,636 | $ 19,628 |
| Hauling Livestock | $ 2,460 | $ 2,460 | $ 2,460 | $ 2,460 | $ 2,460 | $ 2,460 | $ 2,460 | $ 2,460 | $ 2,460 | $ 2,460 | $ 2,460 | $ 2,460 | $ 29,514 |
| Legal & Accounting | $ 3,333 | $ 3,333 | $ 3,333 | $ 3,333 | $ 3,333 | $ 3,333 | $ 3,333 | $ 3,333 | $ 3,333 | $ 3,333 | $ 3,333 | $ 3,333 | $ 40,000 |
| Real Estate Taxes | $ 10,699 | $ 10,699 | $ 10,699 | $ 10,699 | $ 10,699 | $ 10,699 | $ 10,699 | $ 10,699 | $ 10,699 | $ 10,699 | $ 10,699 | $ 10,699 | $ 128,391 |
| **Total Operating Expenses** | $ 252,427 | $ 252,427 | $ 252,427 | $ 252,427 | $ 252,427 | $ 252,427 | $ 252,427 | $ 251,927 | $ 251,927 | $ 251,927 | $ 251,927 | $ 251,927 | $ 3,026,628 |
| Net Ordinary Income | $ 108,752 | $ 96,725 | $ 84,877 | $ 73,208 | $ 103,213 | $ 91,891 | $ 80,739 | $ 70,254 | $ 59,434 | $ 48,776 | $ 38,278 | $ 27,937 | $ 884,083 |
| **Other Expenses** | | | | | | | | | | | | | |
| Quarterly Fees | | $ 4,875 | | | $ 4,875 | | | $ 4,875 | | | $ 4,875 | | $ 19,500 |
| Disbursing Agent Fee | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 24,000 |
| Adeq. Protection - FCSS | $ 3,150 | $ 3,150 | $ 3,150 | $ 3,150 | $ 3,150 | $ 3,150 | $ 3,150 | $ 3,150 | $ 3,150 | $ 3,150 | $ 3,150 | $ 3,150 | $ 37,800 |
| Payment on Arnold Machinery | | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | | | | | | | | $ 10,000 |
| Payment on Bond | $ 260 | $ 260 | $ 260 | $ 260 | $ 260 | $ 260 | $ 260 | $ 260 | $ 260 | $ 260 | $ 260 | $ 260 | $ 3,120 |
| Lease Expense | $ 3,289 | $ 3,289 | $ 3,289 | $ 3,289 | $ 3,289 | $ 3,289 | $ 3,289 | $ 3,289 | $ 3,289 | $ 3,289 | $ 3,289 | $ 3,289 | $ 39,468 |
| Capital Expenditures | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 60,000 |
| **Other Expenses** | $ 13,699 | $ 21,074 | $ 16,199 | $ 16,199 | $ 21,074 | $ 13,699 | $ 13,699 | $ 18,574 | $ 13,699 | $ 13,699 | $ 18,574 | $ 13,699 | $ 193,888 |
| **Net Income** | $ 95,053 | $ 75,651 | $ 68,678 | $ 57,009 | $ 82,139 | $ 78,192 | $ 67,040 | $ 51,680 | $ 45,735 | $ 35,077 | $ 19,704 | $ 14,238 | $ 690,195 |

Exhibit B

## Daniel Nowlin Farms Ptsp
## Preliminary Budget
### December 2014 through November 2015

| | Dec 14 | Jan 15 | Feb 15 | Mar 15 | Apr 15 | May 15 | Jun 15 | Jul 15 | Aug 15 | Sep 15 | Oct 15 | Nov 15 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | |
| Alfalfa Crop Sales | $ - | $ - | $ - | $ - | $ 17,500 | $ 17,500 | $ 17,500 | $ 26,250 | $ 26,250 | $ 26,250 | $ 26,250 | $ 17,500 | $ 175,000 |
| Corn Crop Sales | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 700,000 | $ 700,000 | $ - | $ - | $ 1,400,000 |
| Oat Crop Sales | $ 202,800 | $ 202,800 | $ 202,800 | $ 202,800 | $ 202,800 | $ 202,800 | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,216,800 |
| Lease Income | $ - | $ - | $ - | $ - | $ - | $ 100,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ 100,000 |
| Customer Lease Advances | $ 331,600 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 331,600 |
| **Total Income** | $ 534,400 | $ 202,800 | $ 202,800 | $ 202,800 | $ 220,300 | $ 320,300 | $ 17,500 | $ 26,250 | $ 726,250 | $ 726,250 | $ 26,250 | $ 17,500 | $ 3,223,400 |
| **Cost of Goods Sold** | | | | | | | | | | | | | |
| Seed | $ - | $ 16,000 | $ - | $ 95,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ 34,650 | $ - | $ 145,650 |
| Water | $ 36,300 | $ 42,800 | $ 113,550 | $ 83,300 | $ 83,300 | $ 48,625 | $ 50,250 | $ 50,250 | $ 4,875 | $ 3,250 | $ - | $ 36,300 | $ 552,800 |
| **Total COGS** | $ 36,300 | $ 58,800 | $ 113,550 | $ 178,300 | $ 83,300 | $ 48,625 | $ 50,250 | $ 50,250 | $ 4,875 | $ 3,250 | $ 34,650 | $ 36,300 | $ 698,450 |
| **Gross Profit** | $ 498,100 | $ 144,000 | $ 89,250 | $ 24,500 | $ 137,000 | $ 271,675 | $ (32,750) | $ (24,000) | $ 721,375 | $ 723,000 | $ (8,400) | $ (18,800) | $ 2,524,950 |
| **Expenses** | | | | | | | | | | | | | |
| **Operating Expense** | | | | | | | | | | | | | |
| Customer Crop Reimbursals | $ 175,000 | $ - | $ 156,600 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 331,600 |
| Equipment Rental | $ 6,750 | $ 6,750 | $ 6,750 | $ 6,750 | $ 6,750 | $ 6,750 | $ 6,750 | $ 6,750 | $ 6,750 | $ 6,750 | $ 6,750 | $ 6,750 | $ 81,000 |
| Farm Insurance | $ 3,857 | $ 3,857 | $ 3,857 | $ 3,857 | $ 3,857 | $ 3,857 | $ 3,857 | $ 3,857 | $ 3,857 | $ 3,857 | $ 3,857 | $ 3,857 | $ 46,284 |
| Fuel | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 30,000 | $ 5,000 | $ 85,000 |
| Fertilizer | $ 23,760 | $ - | $ 155,670 | $ 3,750 | $ 7,920 | $ 99,750 | $ 3,750 | $ - | $ - | $ - | $ - | $ - | $ 294,600 |
| Insecticide | $ - | $ - | $ - | $ 625 | $ 625 | $ 35,625 | $ - | $ - | $ - | $ - | $ - | $ - | $ 37,500 |
| Herbicide | $ - | $ - | $ 1,750 | $ 25,000 | $ 1,750 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 28,500 |
| Health Insurance | $ 4,324 | $ 4,324 | $ 4,324 | $ 4,324 | $ 4,324 | $ 4,324 | $ 4,324 | $ 4,324 | $ 4,324 | $ 4,324 | $ 4,324 | $ 4,324 | $ 51,892 |
| Work Comp Ins | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 27,500 |
| Maintenance & Repair | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 96,000 |
| Supplies | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 3,000 |
| Telephone | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 14,400 |
| Utilities | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 18,000 |
| Property Taxes | $ 2,257 | $ 2,257 | $ 2,257 | $ 2,257 | $ 2,257 | $ 2,257 | $ 2,257 | $ 2,257 | $ 2,257 | $ 2,257 | $ 2,257 | $ 2,257 | $ 27,087 |
| Miscellaneous | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 60,000 |

**Daniel Nowlin Farms Ptsp**
**Preliminary Budget**
December 2014 through November 2015

| | Dec 14 | Jan 15 | Feb 15 | Mar 15 | Apr 15 | May 15 | Jun 15 | Jul 15 | Aug 15 | Sep 15 | Oct 15 | Nov 15 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Payroll** | | | | | | | | | | | | | |
| Gross Wages | | | | | | | | | | | | | |
| Hourly Wages | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 336,000 |
| Salary | $ 25,775 | $ 25,775 | $ 25,775 | $ 25,775 | $ 25,775 | $ 25,775 | $ 25,775 | $ 25,775 | $ 25,775 | $ 25,775 | $ 25,775 | $ 25,775 | $ 309,300 |
| **Total Gross Wages** | $ 53,775 | $ 53,775 | $ 53,775 | $ 53,775 | $ 53,775 | $ 53,775 | $ 53,775 | $ 53,775 | $ 53,775 | $ 53,775 | $ 53,775 | $ 53,775 | $ 645,300 |
| **Payroll Taxes** | | | | | | | | | | | | | |
| Social Security | $ 4,041 | $ 4,041 | $ 4,041 | $ 4,041 | $ 4,041 | $ 4,041 | $ 4,041 | $ 4,041 | $ 4,041 | $ 4,041 | $ 4,041 | $ 4,041 | $ 48,491 |
| Medicare | $ 945 | $ 945 | $ 945 | $ 945 | $ 945 | $ 945 | $ 945 | $ 945 | $ 945 | $ 945 | $ 945 | $ 945 | $ 11,340 |
| Federal Unemployment | $ 33 | $ 33 | $ 33 | $ 33 | $ 33 | $ 33 | $ 33 | $ 33 | $ 33 | $ 33 | $ 33 | $ 33 | $ 400 |
| AZ Job Train. | $ 6 | $ 6 | $ 6 | $ 6 | $ 6 | $ 6 | $ 6 | $ 6 | $ 6 | $ 6 | $ 6 | $ 6 | $ 67 |
| Arizona Unemployment | $ 192 | $ 192 | $ 192 | $ 192 | $ 192 | $ 192 | $ 192 | $ 192 | $ 192 | $ 192 | $ 192 | $ 192 | $ 2,300 |
| **Total Payroll Taxes** | $ 5,217 | $ 5,217 | $ 5,217 | $ 5,217 | $ 5,217 | $ 5,217 | $ 5,217 | $ 5,217 | $ 5,217 | $ 5,217 | $ 5,217 | $ 5,217 | $ 62,598 |
| H2A Workers | $ 7,004 | $ 7,004 | $ 7,004 | $ 7,004 | $ 7,004 | $ 7,004 | $ 7,004 | $ 7,004 | $ 7,004 | $ 7,004 | $ 7,004 | $ 7,004 | $ 84,048 |
| **Total Payroll** | $ 65,996 | $ 65,996 | $ 65,996 | $ 65,996 | $ 65,996 | $ 65,996 | $ 65,996 | $ 65,996 | $ 65,996 | $ 65,996 | $ 65,996 | $ 65,996 | $ 791,946 |
| **Total Operating Expenses** | $ 305,394 | $ 106,634 | $ 421,279 | $ 136,009 | $ 116,929 | $ 242,009 | $ 110,384 | $ 106,134 | $ 106,134 | $ 106,134 | $ 131,134 | $ 106,134 | $ 1,994,309 |
| **Lease Expense** | | | | | | | | | | | | | |
| Office | $ 517 | $ 517 | $ 517 | $ 517 | $ 517 | $ 517 | $ 517 | $ 517 | $ 517 | $ 517 | $ 517 | $ 517 | $ 6,204 |
| Employee Housing | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 13,200 |
| Equipment | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 126,000 |
| Land | $ 321,233 | $ 5,000 | $ 5,000 | $ 500 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 371,733 |
| **Total Lease Expense** | $ 333,350 | $ 17,117 | $ 17,117 | $ 12,617 | $ 17,117 | $ 17,117 | $ 17,117 | $ 17,117 | $ 17,117 | $ 17,117 | $ 17,117 | $ 17,117 | $ 517,137 |
| **Reorganization Costs** | | | | | | | | | | | | | |
| Quarterly Fees | $ - | $ 3,250 | $ - | $ - | $ 4,875 | $ - | $ - | $ 4,875 | $ - | $ - | $ 4,875 | $ - | $ 17,875 |
| Disbursing Agent Fee | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 24,000 |
| Adeq. Protection - FCSS | $ 3,125 | $ 3,125 | $ 3,125 | $ 3,125 | $ 3,125 | $ 3,125 | $ 3,125 | $ 3,125 | $ 3,125 | $ 3,125 | $ 3,125 | $ 3,125 | $ 37,500 |
| **Total Reorganization Costs** | $ 5,125 | $ 8,375 | $ 5,125 | $ 5,125 | $ 10,000 | $ 5,125 | $ 5,125 | $ 10,000 | $ 5,125 | $ 5,125 | $ 10,000 | $ 5,125 | $ 79,375 |
| **Total Expenses** | $ 643,869 | $ 132,126 | $ 443,521 | $ 153,751 | $ 144,046 | $ 264,251 | $ 132,626 | $ 133,251 | $ 128,376 | $ 128,376 | $ 158,251 | $ 128,376 | $ 2,590,821 |
| **Net Ordinary Income** | $ (145,769) | $ 11,874 | $ (354,271) | $ (129,251) | $ (7,046) | $ 7,424 | $ (165,376) | $ (157,251) | $ 592,999 | $ 594,624 | $ (166,651) | $ (147,176) | $ (65,871) |